United States District Court
Southern District of Texas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ENTERED**
January 07, 2016
Sealed, Clerk
Public and unofficial staff access
to this instrument are
prohibited by court order.

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § § CRIMINAL NO: |
| OMAR FARAJ SAEED AL HARDAN | § **SEALED** § § **16 CR 003** |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A CRIMINAL INDICTMENT has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

OMAR FARAJ SAEED AL HARDAN
9801 Meadowglen, Apt. 112
Houston, TX

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE
   AMOUNT OF: $

SIGNED at Houston, Texas, on _Jan 6_, 20 _16_.

_____
UNITED STATES MAGISTRATE JUDGE