# COURTROOM MINUTES:

- ☑ INITIAL APPEARANCE
- ☐ RULE 40 HEARING
- ☐ DETENTION HEARING
- ☐ COUNSEL DETERMINATION HEARING
- ☐ PRELIMINARY HEARING
- ☐ BOND HEARING
- ☐ HEARING CONTINUED ON _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED 1/8/16
DAVID BRADLEY, Clerk

THE HONORABLE **MARY MILLOY**, Presiding, Courtroom 701 OPEN: 10:10 ADJOURN: 10:30
Case Manager: Cindy Jantowski  RECESS FROM: _____ TO: _____
ERO: S. Coulvara
Pretrial Services Officer: C Moreno / D. Hernandez
☐ Other District _____
☐ Other Division _____
Case No. _____

INTERPRETER REQUIRED: ☐ No ☑ Yes, Name: ARABIC

Criminal No. 16-003   Defendant No. 1   USDJ _____

UNITED STATES OF AMERICA
vs
Oman Faraj Saeed Al Hardan

AUSA: Ted Imperato and Kashyap P. Patel

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- ☐ Date of arrest: _____
- ☑ Deft first appearance. Deft advised of rights/charges ☐ SRT/Probation violator ☐ Pretrial Release Violator
- ☑ Deft first appearance with counsel.
- ☐ Deft _____ appeared ☐ with ☑ without counsel.
- ☑ Requests appointed counsel.
- ☑ FINANCIAL AFFIDAVIT executed. ☑ Court orders defendant to pay $700.00 by 1/29/16 to CJA Fund
- ☐ Order appointing Federal Public Defender.
- ☑ Private Counsel appointed, CJA - DAVID ADLER present + appointed
- ☐ Deft advises he/she will retain counsel. He/she retained _____
- ☐ Bond ☐ set $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR ☐ Unsecured ☐ $_____ Deposit.
- ☐ Bond ☐ revoked ☐ reinstated.
- ☐ Deft advised of conditions of release.   * CASE unsealed
- ☐ Surety signatures required _____, _____.
- ☐ No bond set at this time, 10 day DETENTION ORDER entered.
- ☑ ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- ☐ ORDER OF DETENTION PENDING TRIAL entered.
- ☐ Court finds ☐ IDENTITY ☐ Probable Cause.
- ☐ BOND EXECUTED and defendant released.   (Interpreter notified and will be present for Detention Hrg)
- ☑ Deft REMANDED to CUSTODY.  ☐ Deft ORDERED REMOVED to Originating District.
- ☐ WAIVER of ☐ Preliminary ☐ Identity ☐ Detention Hearing ☐ Detention Hrg in this district ☐ State Custody
- ☑ Arraignment set 1/13/16 @ 11:00  ☑ Detention Hearing set 1/13/16 @ 11:00
- ☐ Preliminary set _____   ☐ Counsel Determination Hearing set Judge
- ☐ Identity/Removal Hearing set _____   #702 Froeschner