AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

United States District Court
Southern District of Texas
ENTERED
January 08, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 16-CR-003-1 |
| OMAR FARAJ SAEED AL HARDAN | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING AND ARRAIGNMENT

A detention hearing and arraignment in this case are scheduled as follows:

| Place: | 515 Rusk St.<br>Houston, TX<br>JUDGE JOHN FROESCHNER | Courtroom No.: | 702 |
|---|---|---|---|
| | | Date and Time: | 1/13/2016 at 11:00 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Jan 8, 2016

*Judge's signature*

MARY MILLOY, U.S. MAGISTRATE JUDGE

*Printed name and title*