UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. 4:16-cr-3 |
| Omar Faraj Saeed al Hardan, Defendant. | § § § | |

## NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its attorney Kenneth Magidson, United States Attorney for the Southern District of Texas, hereby provides notice to defendant Omar Faraj Saeed al Hardan and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical searches conducted pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Dated:   January 12, 2016

                                                         Respectfully submitted,

                                                         KENNETH MAGIDSON
                                                         United States Attorney
                                                         Southern District of Texas
                                                         /s/ S. Mark McIntyre
                                                         S. Mark Mcintyre
                                                         Assistant U.S. Attorney
                                                         (713) 567-9000

## **CERTIFICATE OF SERVICE**

    I hereby certify that notice of this motion has been provided to counsel for the defendant via automatic notice through the PACER/ECF electronic filing system, on this 12th day of January, 2016.

                                             Respectfully submitted,

                                             KENNETH MAGIDSON
                                           United States Attorney
                                           Southern District of Texas
                                           /s/ S. Mark McIntyre
                                           S. Mark Mcintyre
                                           Assistant U.S. Attorney
                                           (713) 567-9000