UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 13, 2016
David J. Bradley, Clerk

United States of America §
§
versus §   Criminal 4: 16-3
§
Omar Faraj Saeed §
al Hardan §

Conference Memorandum

Counsel:

Jed Imperato

Mark McIntyre

David Adler

Representing:

P: United States of America

D. Al-Hardan

Date: January 13, 2016

Started: 1:00 p.m.

Reporter: F. Warner

Ended: 1:35 p.m.

At the conference, these rulings were made:
SEALED

☐ Order to be entered.
☐ A pretrial conference is set for: _____ on _____, 201__.
☐ A hearing is set for: _____ on _____, 201__.
☐ Trial preparation to be completed by: _____, 201__.
☐ A trial is set for: _____ on _____, 201__.
   ☐ Bench  ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 201__.
☐ Internal review deadline _____, 201__.

Lynn N. Hughes
United States District Judge