UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

The United States of America, §
§
Plaintiff, §
§
versus § Criminal H-16-3
§
Omar Faraj Saeed Al Hardan, §
§
Defendant. §

## Waiver of Speedy Trial

Omar Faraj Saeed Al Hardan waives his right to a speedy trial.

_____
Omar Faraj Saeed Al Hardan, Defendant

_____
David Adler, Counsel for Defendant

Before _____  Date: January 13, 2016
Lynn N. Hughes
United States District Judge