UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 13, 2016
David J. Bradley, Clerk

The United States of America, §
§
Plaintiff, §
§
versus § Criminal H-16-3
§
Omar Faraj Saeed Al Hardan, §
§
Defendant. §

## Scheduling Order

1. Estimated trial days: 2 weeks

2. Motions will be filed by: February 2, 2016

3. Responses will be filed by: February 12, 2016

4. Pretrial conference is set for: March 7, 2016, at 2:30 p.m.

5. Proposed voir dire and jury instructions are due: March 8, 2016

6. Jury selection and trial is set for: March 15, 2016, at 9:00 a.m.

7. Speedy trial limits waived: X Yes ___ No

Direct questions about this schedule to Glenda Hassan, Case Manager to United States District Judge Lynn N. Hughes, (713) 250-5516, Glenda_Hassan@txs.uscourts.gov.

Signed on January 13, 2016, at Houston, Texas.

_____
Lynn N. Hughes  USDJ
United States District Judge

# Criminal Procedures

Judge Lynn H. Hughes  
United States District Court  
Courtroom 11-C, Eleventh Floor  
United States Court House  
515 Rusk Avenue  
Houston, Texas 77002-2605

Glenda Hassan  
Case Manager  
United States District Clerk  
Post Office Box 61010  
Houston, Texas 77208-1010  
Glenda_Hassan@txs.uscourts.gov

## Court Schedule

Arraignments, sentencing, and other miscellaneous proceedings will be held on Mondays at 1:30 p.m. unless other arrangements are made. Lengthy proceedings will be scheduled during the week.

## Pretrial Materials

<u>Two copies</u> proposed voir dire, proposed jury charge, legal memoranda specifying issues with authorities, and <u>four copies</u> exhibit and witness lists.

## Pleas of Guilty

Once a plea agreement is reached, counsel will notify the case manager immediately to set a rearraignment.

The Assistance United States Attorney will prepare a Sentence Data Sheet and Plea Agreement, if there is one, and send it to the case manager by <u>email</u> at least one business day before the rearraignment.

## Late Filings

Copies of documents filed within twenty-four hours before any setting will be delivered to Chambers.

## Other Requirements

The court's general procedures apply in criminal cases in addition to these items. Please read them.