UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs. | § | CRIMINAL NO. 4:16-cr-3 |
| | § | |
| Omar Faraj Saeed al Hardan, | § | |
| Defendant | § | |

EXHIBIT LIST OF UNITED STATES
Ralph E. Imperato, Attorney for the Government

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Photograph – Defendant taking oath | | | | ✓ | |
| 2 | Photograph – Tactical training | | | | ✓ | |
| 3 | Photograph – Circuit Board | | | | ✓ | |
| 4 | Defendant's statements to mother and wife | | | | ✓ | |
| 5 | Photograph – Electronic Components seized from Defendant's residence | | | | ✓ | |
| 6 | Photograph – Electronic Components seized from Defendant's residence | | | | ✓ | |
| 7 | Photograph – Electronic Tools seized from Defendant's residence | | | | ✓ | |
| 8 | Photograph – Cell phones seized from Defendant's residence | | | | ✓ | |
| 9 | Photograph – Defendant's closet | | | | ✓ | |



GOVERNMENT
EXHIBIT
1
H-16-003



GOVERNMENT EXHIBIT 2 H-16-003



GOVERNMENT EXHIBIT 3 H-16-003

- Once I get the passport, I will leave America! I will leave!

- I will make a widow out of you! Mark my words; I wouldn't be Omar if I do not make a widow out of you...just wait until I get the passport! You will get a phone call with news of my death! Just wait and see! I will make you regret every minute you disobeyed me! [short pause] I'm just waiting for the passport!

- ...and you will get a call on the phone about my death...mark my words, you will get a phone call telling you "Omar died"

- I will not stay in America. Once I get the passport, I will go to Syria.

- ...no, no, I am going to Syria, mother! I will go to either Syria or Iraq.

- I am not wacko! I am not wacko. I am speaking the truth! I will travel to Syria once I get the passport...Iraq or Syria, okay? I want to blow myself up!

- I want to blow myself up! I want to travel [overlapping talk] with the mujahidin [overlapping talk]. I want to travel to be with those who are against America! [overlapping talk] I am against America!

GOVERNMENT EXHIBIT
4
H-16-003




GOVERNMENT EXHIBIT
6
H-16-003


GOVERNMENT
EXHIBIT
7
H-16-003



GOVERNMENT
EXHIBIT
8
H-16-003



GOVERNMENT EXHIBIT
9
H-16-003