| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
January 26, 2016
David J. Bradley, Clerk

United States of America, §
§
　　　　Plaintiff, §
§
versus § Civil Action H-16-3
§
Omar Faraj Saeed Al Hardan, §
§
　　　　Defendant. §

## Order Correcting Testimony

The government's motion to correct testimony from the detention hearing is granted.

Signed on January 25, 2016, at Houston, Texas.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　United States District Judge