| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
versus §   CRIMINAL H- _16-3_
§
_Omar Faraj Al Hardan_ §
§

## Conference Memorandum

Counsel:                                           Representing:

_Jed Imperato_  ⎫
_Mark McIntyre_  ⎬   P:   United States of America
_Kushyap Patel_  ⎭

_David Adler_                                     _D. Al Hardan_

Date: _January 28, 2016_                  Reporter: _G. Pye_
Started: _4:00 p.m._                          Ended: _5:00 p.m._

At the conference, these rulings were made:

_____

_____

_____

☒  Order to be entered.
☐  Trial preparation to be completed by: _____, 20__.
☐  A pretrial conference is set for: _____ on _____, 20__.
☐  A hearing is set for: _____ on _____, 20__.
☐  A trial is set for: _____ on _____, 20__.
  ☐ Bench   ☐ Jury (Estimated time at 5.5 hours a day _____).
☐  Joint Pretrial Order due: _____, 20__.
☐  Review deadline _____, 20__.

_[signature]_
Lynn N. Hughes
United States District Judge