UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. 4:16-cr-3 |
| Omar Faraj Saeed al Hardan, | § | FILED UNDER SEAL |
| Defendant | § | |

## CORRECTION OF TESTIMONY

COMES NOW, the United States by and through Kenneth Magidson, United States Attorney for the Southern District of Texas and offers the corrected sworn testimony of Task Force Officer Herman Albert Wittliff.

Question: "Did the Defendant say specifically which malls?"

Answer: "No."

I certify, swear or affirm, under penalty of perjury, that this testimony is true and correct.

Herman Albert Wittliff
Special Agent
Homeland Security Investigations

Subscribed and Sworn to before me and signed in my presence on February 2, 2016.

Notary Public, State of Texas

SANDRA A. BAILEY
Notary Public, State of Texas
My Commission Expires
FEBRUARY 13, 2016

Respectfully Submitted,

KENNETH MAGIDSON
United States Attorney

By: _____
Ralph E. Imperato
Assistant United States Attorney

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the foregoing Correction of Testimony was delivered to David Adler, Attorney for Defendant.

_____
Ralph E. Imperato
Assistant United States Attorney