| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
February 05, 2016
David J. Bradley, Clerk

United States of America, §
　　　　Plaintiff, §
versus § Civil Action H-16-3
Omar Faraj Saeed Al Hardan, §
　　　　Defendant. §

# Order on Ineptitude

1. If the pretentious lawyers from "main" justice knew what they were doing – or had the humility to ask for help from the United States Attorney for the Southern District of Texas – it would not have taken three days, seven telephone calls, three voicemail messages, and one snippy electronic message for them to indirectly ask the court for assistance in ordering a transcript.

2. The Washington lawyers might have looked at the Court's website: http://www.txs.uscourts.gov/page/OrderingTranscripts.

Signed on February 5, 2016, at Houston, Texas.

　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　United States District Judge