UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 05, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| The United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § | Criminal H-16-3 |
| Omar Faraj Saeed Al Hardan, | § § § | |
| Defendant. | § | |

## Order on Transcript

The Department of Justice may have the sealed transcript from the conference held January 28, 2016, if it is ordered.

Signed on February 5, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge