| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
February 09, 2016
David J. Bradley, Clerk

United States of America, §
§
Plaintiff, §
§
versus § Criminal Action H-16-3
§
Omar Faraj Saeed Al Hardan, §
§
Defendant. §

# Order Unsealing Transcript

1. The transcript for the conference held on January 28, 2016, is unsealed.

2. To preserve confidentiality, sections of the transcript have been redacted.

Signed on February 9, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge