TO THE HONORABLE JUDGE MISTER Lynn N. Hughes:

I am Omar Faraj Saeed al Hardan, my Criminal No. 4:16-cr-3 .

    YOUR HONOR, i would like to bring to your attention that while i was reviewing my plea agreement preparing for the P.S.R, i noticed that in section number 9 title ( Agreement Binding southern District of Texas Only) was crossed out and initialed, i contacted my attorney immediately after this becasue before to pleading guilty, he explained to me that you YOUR HONOR crossed this section out to change it to ( Agreement Binding United States of America), and i entered my plea believing this, i asked him for the updating plea agreement, after asking multiple times about my updating plea agreement he finally sent a plea agreement on a CD to me, the plea agreement which he sent on a CD, it is the same one i have with me, i called him about the cross over section number 9 in the plea agreement title ( Agreement Binding southern District of Texas Only), he said that this section is going to stay crossed out and he said they possible charge you but i do not think so, this replied was after a short conversation on the phone with him.

    YOUR HONOR, the reason i am writing this letter to you YOUR HONOR is because this is a very serious issue for me, and i am not feeling alright because of this issue YOUR HONOR.

Respectfully

*[signature]*

Omar Al Hardan

THANK YOU YOUR HONOR FOR READING MY LETTER.

Omar Al Hardan- REG# 98577379
Federal Detention Center
P.O. Box 526255
Houston, Texas, 77052

Legal Mail

5-11-17

TO The Honorable Judge Mister
LYNN N. HUGHES
515 rusk avenue,
Houston, Texas, 77002

77002-260597