

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Lynn N. Hughes
  Judge
515 Rusk Avenue
Houston, Texas 77002

Mr. Omar Al Hardan
98577379
Federal Detention Center
Post Office Box 526255
Houston, Texas 77052

Re:  United States of America v. Al Hardan, Criminal 4:16-cr-3

Dear Mr. Al Hardan:

Enclosed is page five of your plea agreement from the court's official record.

Judge Hughes requests that you do not write him letters.

Sincerely,

Kathy L. Grant
Secretary to
Judge Lynn N. Hughes

copy: David Adler
      Ralph Imperato

**Agreement Binding - Southern District of Texas Only**

9. ~~The United States Attorney's Office for the Southern District of Texas agrees that it will not bring any additional criminal charges against the defendant for the conduct outlined in the factual basis or for any other criminal offenses committed by the defendant which are known to the United States at the time of disposition.~~ This plea agreement binds only the United States Attorney's Office for the Southern District of Texas and Defendant. It does not bind any other United States Attorney's Office. The United States Attorney's Office for the Southern District of Texas will bring this plea agreement to the attention of other prosecuting offices, if requested.

**United States' Non-Waiver of Appeal**

10. The United States reserves the right to carry out its responsibilities under guidelines sentencing. Specifically, the United States reserves the right:

(a) to bring its version of the facts of this case, including its evidence file and any investigative files, to the attention of the Probation Office in connection with that office's preparation of a presentence report;

(b) to set forth or dispute sentencing factors or facts material to sentencing;

(c) to seek resolution of such factors or facts in conference with Defendant's counsel and the Probation Office;

(d) to file a pleading relating to these issues, in accordance with section 6A1.2 of the United States Sentencing Guidelines and Title 18, United States Code, section 3553(a); and

(e) to appeal the sentence imposed or the manner in which it was determined.

**Sentence Determination**

11. Defendant is aware that the sentence will be imposed after consideration of the United States Sentencing Guidelines and Policy Statements, which are only advisory, as well as the provisions of Title 18, United States Code, Section 3553(a). Defendant nonetheless

5