*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CRIMINAL DOCKET 4:16-CR-003-01** |
| | § | **JUDGE LYNN HUGHES** |
| **OMAR AL-HARDAN** | § | |

## DEFENDANT'S MOTION TO CONTINUE SENTENCING

*TO THE HONORABLE LYNN HUGHES*:

1. Omar Al-Hardan asks the Court to continue the sentencing in this case and shows the following supporting this request:

2. Al-Hardan pleaded guilty to attempting to support terrorism. His sentencing is scheduled for October 30, 2017, at 1:30 pm.

3. The defense received the presentence report on September 28. The report contains multiple allegations that counsel must verify with the voluminous recordings and transcripts provided by the government. Counsel will not be able to complete this work, as well as research and draft objections to the PSR, by the current sentencing date.

4. Al-Hardan asks that the sentencing hearing be continued.

                  Respectfully submitted,

                  /s/ David Adler

                  David Adler
                  State Bar of Texas 00923150
                  6750 West Loop South
                  Suite 120
                  Bellaire (Houston), Texas 77401
                  (713) 666-7576
                  (713) 665-7070 (Fax)

                                            Attorney for Defendant,
                                            Omar Al-Hardan

## CERTIFICATE OF SERVICE

A copy of this motion was served on the U.S. Attorney's Office via CM/ECF on October 11, 2017.

                                            /s/ David Adler
                                            _____
                                            David Adler

## CERTIFICATE OF CONFERENCE

The prosecution is opposed to this motion.

                                            /s/ David Adler
                                            _____
                                            David Adler

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CRIMINAL DOCKET 4:16-CR-003-01** |
| | § | **JUDGE LYNN HUGHES** |
| **OMAR AL-HARDAN** | § | |

### ORDER ON DEFENDANT'S MOTION
### TO CONTINUE SENTENCING

Al-Hardan's motion to continue the sentencing hearing is:

Granted,

The sentencing hearing will be held on _____ \_\_\_\_\_, 2017.

Denied.

Signed on October \_\_\_\_\_, 2017.

_____
Lynn Hughes
United States District Judge