# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § § § | **Criminal No. 16-3** |
| **OMAR AL-HARDAN,**<br>Defendant | § § | |

### NOTICE OF APPEARANCE OF COUNSEL
### FOR THE UNITED STATES OF AMERICA

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through Abe Martinez, Acting United States Attorney for the Southern District of Texas, files its notice advising the Court that Assistant United States Attorney Carolyn Ferko is appearing as co-counsel for the United States of America in the above-referenced cause.

Respectfully submitted,

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

 *//s// Carolyn Ferko*
CAROLYN FERKO
Assistant United States Attorney
*(713) 567-9562*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and a correct copy of the foregoing Notice of Appearance of Counsel for the United States of America was served via ECF transmission on this the 14th day of December 2017 to counsel for the defendant.

    Respectfully submitted,

    ABE MARTINEZ
    ACTING UNITED STATES ATTORNEY

    *//s// Carolyn Ferko*
    CAROLYN FERKO
    Assistant United States Attorney
    *(713) 567-9562*