I am Omar Faraj Saeed Al Hardan                    Criminal 4:16-cr-3

To The Honorable Judge Lynn Hughes,

Your Honor, i want to appeal, please instruct me what i do now,

because i do not have a legal adviser right now.

Please your honor hire for me a lawyer other than Mr. David adler,
i am not comfortable with him, he did not do what he promised me to do
at the sentecing hearing.

Thank you your honor.

Respectfully

*[signature]*

Tuseday  12-19-2017

*[Stamp: United States Courts, Southern District of Texas, FILED, DEC 26 2017, David J. Bradley, Clerk of Court]*

Omar Al Hardan, Reg#98577379
Federal Detention Center
P.O. Box 526255
Houston, Tx, 77052

Legal Mail

NORTH HOUSTON TX 773
22 DEC 2017 PM 5

UNITED STATES DISTRICT COURT
JUDGE Lynn Hughes
515 Rusk Avenue,
Houston, Tx, 77002

77002-262399