I am Omar Faraj Saeed Al Hardan        Criminal 4:16-cr-3

To The Honorable Judge Lynn Hughes,

Your Honor, i want to appeal, please instruct me what i do now,

because i do not have a legal adviser right now.

Please your honor hire for me a lawyer other than Mr. David adler, i am not comfortable with him, he did not do what he promised me to do at the sentecing hearing.

Thank you your honor.

Respectfully

Tuseday 12-19-2017

United States Courts
Southern District of Texas
FILED
DEC 26 2017
David J. Bradley, Clerk of Court

Omar Al Hardan, Reg#98577379
Federal Detention Center
P.O. Box 526255
Houston, Tx, 77052

Legal Mail

UNITED STATES DISTRICT COURT
JUDGE  Lynn Hughes
515 Rusk Avenue,
Houston, Tx, 77002