I am Omar Faraj Al-hardan.

To The Honorable Judge Lynn Hughes

Your honor, i am sorry if i bothered you, but i am writing this letter because i have a doubt that the first letter did not arrive to you, because i did not put the correct address on the envelope, and also because i have only 14 days to do the appeal, therefore i want to be on the safe side by sending another letter requesting a lawyer to do the appeal other than MR. David Adler, because he did not do what he promised me to do at the sentencing hearing and i am not happy with him.

Thank you

Respectfully

*[signature]*

Monday 12/25/2017

United States Courts
Southern District of Texas
FILED

DEC 27 2017

David J. Bradley, Clerk of Court

Omar Al Hardan, Reg#98577379
Federal Detention Center
P.O. Box 526255
Houston, Texas, 77052

To:
United States District Court
Judge Lynn Hughes
515 Rusk Avenue,
Houston, Texas, 77002

Legal Mail

12/25/2017