JUDGE: Lynn N. Hughes
CASE MANAGER: Glenda Hassan
REPORTER  H. Alcaraz   INTERPRETER  yes

■ LAW CLERK  C. Dryden    ☐ INTERN _____

TIME: 1:40 P.M. TO 2:20 P.M.              DATE: January 4, 2018

CR. NO. H-16-3

UNITED STATES OF AMERICA         § Ted Imperato _____ AUSA
            vs.                  §
                                 §
                                 §
Deft. No.    Deft. Name          §
_____        _____        § _____ ☐ CJA
             Omar Faraj Saeed Al Hardan  § David Adler _____ ■ CJA
_____        _____        § _____ ☐ CJA
_____        _____        § _____ ☐ CJA
_____        _____        § _____ ☐ CJA
_____        _____        § _____ ☐ CJA
             add'l defts. on second page

## Hearing

■ Hearing held on:
  ☐ all pending motions
  ☐ these topics:  sentencing, appeal

☐ **Evidence presented** (exhibits admitted or testimony given) on:

■ *Order to be entered.*
☐ All motions not expressly decided are denied without prejudice to being reurged.
☐ Change of plea hearing held; deft withdraws plea of guilty.
☐ Jury trial set _____, at _____ m.
☐ Deft _____ bond set/reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Deft _____ bond ☐ continued  ☐ forfeited.
☐ Deft _____ failed to appear, bench warrant to issue.
■ Deft remanded to custody.
☐ Other Rulings: _____