**READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**
**TRANSCRIPT ORDER FORM**

District Court: Southern District of Texas--Houston    District Court Docket No. 4:16-cr-00003-1

Short Case Title: USA v. Al Hardan    Court Reporter: J. Sanchez

**ONLY ONE COURT REPORTER PER FORM**

Date Notice of Appeal Filed by Clerk of District Court: 12/26/2017    Court of Appeals No.: 17-20811

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

**A. Complete the Following:**

☐ No Hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office
or

**Check All of the Following that Apply, Enter the date of the proceeding in the blank line.**

This is to Order a Transcript of the following proceedings: ☒ Bail Hearing: _____    ☒ Voir Dire: _____
☒ Opening Statement of Plaintiff: _____    ☒ Opening Statement of Defendant: _____
☒ Closing Argument of Plaintiff: _____    ☒ Closing Argument of Defendant: _____
☒ Opinion of court: _____    ☒ Jury Instructions: _____    ☐ Sentencing: _____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 12/18/2017 | Sentencing | Lynn Hughes |
| 12/15/2017 | Pretrial | Lynn Hughes |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the transcript.** The method of payment will be:

☐ Private Funds;    ☒ Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐ Other IFP Funds;    ☐ Advance Payment waived by reporter;    ☐ U.S. Government Funds
☐ Other_____

Signature /s/Yolanda Jarmon    Date Transcript Ordered 1/23/2018
Print Name Yolanda Jarmon    Phone: 713-635-8338
Counsel for Faraj Saeed Al Hardan
Address 2429 Bissonnet # E 416 Houston, Texas 77005

----

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

☐ Satisfactory Arrangements for payment were made on _____
☐ Payment Arrangements have NOT been made. Reason:  ☐ Deposit not received  ☐ Unable to contact ordering party
☐ Other (Specify)_____

Date:_____    Signature of Reporter:_____    Tel._____
Address of Reporter:_____

----

Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____    Actual Number of Volumes: _____

Date: _____    Signature of Reporter: _____

# TRANSCRIPT ORDER FORM INSTRUCTIONS

## INSTRUCTIONS FOR ANYONE FILING A NOTICE OF APPEAL

1. Complete Part 1. (Whether or not transcript is ordered)

2. Contact each court reporter involved in reporting the proceedings to make arrangements for payment. (A separate transcript order must be completed for each court reporter.)

3. Send a copy of the form to the court reporter. (via email or mail, ask court reporter) CJA Counsel must also enter an Authorization-24 in the U. S. District Court's eVoucher System.

4. File a copy with the U.S. Court of Appeals for the Fifth Circuit (Attorneys must e-file. Pro Se filers must mail form unless authorized to e-file.)

5. File a copy with the District Court.

6. Send a copy(ies) to appellee(s).

7. Retain a copy for your files.

SHOULD SATISFACTORY ARRANGEMENTS FOR TRANSCRIPT PRODUCTION, INCLUDING NECESSARY FINANCIAL ARRANGEMENTS, NOT BE MADE WITHIN TEN (10) DAYS AFTER FILING YOUR NOTICE OF APPEAL, YOU APPEAL CAN BE DISMISSED.

## INSTRUCTIONS TO COURT REPORTER

This is an electronic version of the original 8-page multipart carbon-less form. The court reporter is responsible for ensuring that the correct number of copies are made to meet the distribution requirements.

To assure the Court of Appeals that the ordering party has fulfilled his or her obligations under FRAP 10(b), for ordering and making adequate financial arrangements with the court reporter, you are requested to complete Part II and file with the Court of Appeals within seven (7) days after receipt.

It is the appellant's responsibility to contact you and make financial arrangements before filling out the form. However, if financial arrangements have not been made within ten (10) days after receipt of transcript order, complete Part II and file with the Court of Appeals. If financial negotiations with the ordering party are still in progress when the 10 days expire, and the chances for completion within a short period of time appears to be good, contact a Deputy Clerk for additional time to complete this form. Link to contact information: [Contact Clerk's Office About My Case](Contact Clerk's Office About My Case) or call:
NORTHERN AND WESTERN TEXAS CASE TEAM: 504-310-7806
SOUTHERN AND EASTERN TEXAS CASE TEAM: 504-310-7807
LOUISIANA, MISSISSIPPI, & AGENCY CASE TEAM: 504-310-7808

If financial arrangements are made after you send the acknowledgement form to the Court of Appeals, immediately notify the Court in writing of the fact, furnishing the estimated delivery date.

THE JUDICIAL COUNCIL'S 60-DAY DISCOUNT DATE BEGINS TO RUN FROM THE DATE SATISFACTORY FINANCIAL ARRANGEMENTS HAVE BEEN MADE.

WRITTEN REQUEST FOR EXTENSION OF TIME WITH EXPLANATION OF CIRCUMSTANCES AND A REQUEST FOR WAIVER OF DISCOUNT MUST BE ADDRESSED TO THE CLERK OF THE CIRCUIT COURT FOR ANY TRANSCRIPTS WHICH CANNOT BE COMPLETED WITHIN 60 DAYS.