**Inappropriate communication**
Kathy L Grant    to: doraliz.ramos                      02/11/2016 01:23 PM

From:   Kathy L Grant/TXSD/05/USCOURTS
To:     doraliz.ramos@usdoj.gov,

Dear Dora:

While I was at lunch a call came in from (615) 579-1274.

Identified himself as Dr. Patel.

Said Judge Hughes needed to act like a judge instead of telling Patels how to dress. He was a crazy racist bum. And said good luck from the north.

Our law clerk, Elizabeth Eoff, took the call.

Sincerely,

Kathy

---

Kathy L. Grant
Secretary to Judge Lynn N. Hughes
United States District Judge
voice: (713) 250-5900
fax: (713) 250-5650

---