1                    **UNITED STATES DISTRICT COURT**
                     **SOUTHERN DISTRICT OF TEXAS**
2                         **HOUSTON DIVISION**

3

4    UNITED STATES OF AMERICA        *      4:16-CR-3
                                     *      Houston, Texas
5    VS.                             *
                                     *      10:06 a.m.
6    OMAR FARAJ SAEED AL HARDAN      *      December 18, 2017

7

8                            **SENTENCING**

9            **BEFORE THE HONORABLE LYNN N. HUGHES**
                  **UNITED STATES DISTRICT JUDGE**

10

11   **APPEARANCES:**

12   **FOR THE GOVERNMENT:**
     Ralph Edward Imperato and Carolyn Ferko
13   OFFICE OF THE U.S. ATTORNEY
     1000 Louisiana, Suite 2300
14   Houston, Texas 77002
     713.567.9384
15
     **FOR THE DEFENDANT:**
16   David Adler
     DAVID ADLER, P.C.
17   6750 W. Loop S., Suite 120
     Bellaire, Texas 77401
18   713.666.7576

19   Court Reporter:
     Johnny C. Sanchez, RPR, RMR, CRR
20   515 Rusk, #8004
     Houston, Texas 77002
21   713.250.5581

22   Proceedings recorded by mechanical stenography.  Transcript
     produced by computer-assisted transcription.
23

24

25

1                    THE COURT:  Thank you.  Please be seated.

2  Good morning.

3                         United States of America versus Omar Faraj

4   Saeed Al Hardan.

10:06:38   5                    MR. IMPERATO:  Good morning, Your Honor.

6  Ted Imperato and Carolyn Ferko for the United States.

7                    THE COURT:  Good morning.

8                    MR. IMPERATO:  Good morning.

9                    MR. ADLER:  Good morning, Your Honor.  David

10:06:45  10  Adler for Mr. Al Hardan, who is present in the courtroom.

11                    THE COURT:  And who else do you have?

12                    MR. IMPERATO:  Carolyn Ferko.  This is Jeff

13  Anderson, he's the Special Agent that worked on the case.

14  And that's Loraine Smith who also works with the FBI.

10:07:03  15  She's the lead analyst in this case.

16                    THE COURT:  Thank you.

17                    MR. IMPERATO:  Thank you, Judge.

18                    THE COURT:  Did I get additional cases from

19  you?

10:07:19  20                    MR. ADLER:  No, Your Honor.

21                    THE COURT:  Would you raise your right hand,

22  please.

23                         Do you solemnly swear that the testimony

24   you will give will be the truth, the whole truth, and

10:07:34  25   nothing but the truth?

 1                THE DEFENDANT:  Yes, Your Honor.

 2                THE COURT:  Have you had plenty of time to

 3  talk to Mr. Adler about what we're doing here today?

 4                THE DEFENDANT:  Yes, Your Honor.

10:07:52   5                THE COURT:  Is there any new data from the

 6  government, other than the stuff that was filed?

 7                MR. IMPERATO:  Your Honor, on Friday

 8  afternoon, we provided to Mr. Adler and your staff press

 9  releases from the cases that you -- you requested that we

10:08:14  10  provide you, along with a spreadsheet, of the traveler

11  cases.  And these are the cases where individuals just like

12  Mr. Al Hardan were arrested in the United States before

13  they got on a plane and traveled over to fight.

14                There were 29 total, but we removed four

10:08:32  15   because we learned that they received cooperation, and we

16   didn't want to provide their names.

17                THE COURT:  Some were charged with other

18  things.

19                MR. IMPERATO:  Some were, but they were all

10:08:46  20  charged with 2339B or 2332A, but they're all considered

21  traveler cases, individuals that were preparing to go,

22  preparing training in the United States, and then wanted to

23  go over but were arrested before leaving the United States.

24                THE COURT:  My grandfather was from

10:09:10  25  Minnesota.  There are a lot of cases from Minnesota.

1                    MR. IMPERATO:  There are, yes.

2                    THE COURT:  He was a foreigner.  He was a

3  Canadian.

4                        Any other data?

10:10:05    5          MR. ADLER:  Nothing, other than what's in my

6  objections, Your Honor, and the cases that I listed in my

7  objections.

8                    THE COURT:  All right.  The Court is going

9  to sustain the defense objection to the 12 point addition

10:10:30   10  to the criminal history under the guideline calculations

11  for being yourself.  I looked at the cases and I'm not

12  persuaded that that is a substantial distinction that any

13  of them make.

14                        The whole purpose of the guidelines was to

10:10:57   15  bring rationality, and overt rationality to sentencing I'm

16  not convinced being a pre-guideline person that we did it

17  irrationally then, but we have almost a mechanical process

18  now.  But the Court concludes that if you charge someone

19  with attempted terrorism, you have to have done something,

10:11:31   20  or it's not an attempt.  And so, that will make your

21  guideline range 26, plus two, minus three.  26 for those

22  of you who aren't immersed in the culture is what it's

23  called.

24                    MR. ADLER:  26 or 25?

10:11:55   25                    MR. IMPERATO:  26.

1              MR. ADLER:  26, plus 2.

2              MR. IMPERATO:  Is 28.

3              MR. ADLER:  Minus three.

4              MR. IMPERATO:  No.

10:12:03    5              THE COURT:  26, plus 2 is 28, minus 3 is 25.

6              MR. ADLER:  Okay.

7              THE COURT:  Which would make the guideline

8    range 57 to 71 months.  We have discussed the nature of

9    this offense, the statute and the guidelines quite

10:12:34   10   thoroughly.  And you've briefed it very well.

11                   Is there anything you want to add.

12             MR. IMPERATO:  Yes, Judge.

13             THE COURT:  All right.  You're going to have

14   to speak up.  Those nice people are way back there.

10:12:45   15             MR. IMPERATO:  Judge, we would object.  We

16   believe that this is a terrorism enhancement.  We believe

17   that it applies under 3A1.4 (a) and (b).  We believe that

18   it's a felony involving a federal crime of terrorism.  It's

19   not -- while it may be --

10:13:00   20             THE COURT:  Attempted terrorism is a felony.

21             MR. IMPERATO:  It is, Judge.  And, also, we

22   provided case law, while it is a Second Circuit case that

23   says that attempted, attempting to provide material support

24   is a federal crime of terrorism that could be considered

10:13:16   25   under 3A1.4.

```
 1                  We would also argue that also the offense
 2   included that the defendant calculated to retaliate
 3   against the United States Government.  We believe the
 4   evidence supports that.  And that while this may be, the
 5   Court says that it's double counting, we'd argue that it
 6   is permissible double counting because it is not precluded
 7   under the statute or the guidelines.
 8                  So, based on that, we would object, Judge.
 9                  THE COURT:  Objections are overruled.
10   Mr. Adler?
11                  MR. ADLER:  Do I dress the Court's decision?
12                  THE COURT:  THE COURT:  Well, I just ruled
13   in your favor.  I wouldn't address them.
14                  MR. ADLER:  I prefer not to say anything.
15                  THE COURT:  If you can convince me of the
16   opposite fairly quickly.
17                  MR. ADLER:  I have nothing to add to your
18   decision, Judge.
19                  THE COURT:  On anything else?
20                  MR. ADLER:  Just if I could speak briefly on
21   Mr. Al Hardan's behalf?
22                  THE COURT:  Sure.
23                  MR. ADLER:  Judge, this case came about
24   because Mr. Al Hardan made some very bad decisions.
25   There's no dispute about that.  But the context in which he
```

1 made those decisions I think is important.

2                 He led a very isolated life here the in

3 the United States.  He was not aware of just how fortunate

4 he was to be in a country like this.  He had very little

10:14:33 5 contact outside his family, very little contact, frankly,

6 with English-speaking Americans.  And that led him to

7 believe a lot of things that he saw online that he no

8 longer believes.

9                 One of the strange ironies of this case is

10:14:50 10 that the Court detained Mr. Al Hardan several months back.

11 And although he's been in custody and the people that he's

12 been hanging around with are not people perhaps we prefer

13 he hang around with, he has come to develop quite an

14 appreciation for the United States.  He recognizes how

10:15:08 15 fortunate he and his family who have been accepted as

16 refugees in this country.

17                 While he's been in custody, I've provided

18 the Court with certificates, the classes that he's been

19 taking.  He's trying to improve his skill set so that when

10:15:23 20 he gets out he can provide for his wife and young son.  I

21 know he's been very, very anxious because the Court -- for

22 several months now.  He's written out a statement.  I

23 think he's quite nervous today.

24                 I would just ask the Court to consider

10:15:35 25 sentencing within the guideline range.  I'll leave it up

1   to the Court.  Mr. Al Hardan recognizes he's going to

2   spend many years in prison because of his poor decisions,

3   but I do think he's turned away forever from his belief

4   that going overseas to help a prohibited organization like

10:15:53   5   ISIS was a smart idea.  And, by the way, his family is

6   very support of him.  They did not want to come down today

7   because of the media attention on the case.  But his

8   mother and father and his wife are still a good support

9   system for Mr. Al Hardan.

10:16:13   10              THE DEFENDANT:  Thank you, Your Honor, for

11  giving me a chance to speak.  I have a bad moment, Your

12  Honor.  Because of that, I wrote everything I need to say

13  to you, Your Honor, from my heart on paper.

14                  First, I want to apologize to you, Your

10:16:27   15  Honor, with much remorse about the wrongs I have done.  I

16  apologize to the government of the United States.  I

17  apologize to my family who suffered a lot while my absence

18  especially my parents, because I was the only one who was

19  taking care of them.  They were living with me.  They miss

10:16:42   20  my care to them they sad about what happened to me.

21                  Your Honor, I lost one of my sisters.  She

22  was crying a lot when she saw me handcuffed on TV.  Two

23  weeks after I got arrested, she died with a stroke.  My

24  family did not tell me about her death until past one

10:16:59   25  year.

1                 Your Honor, I would like to mention some

2      points to you to put it in your consideration before you

3      decide the sentence.  It's only to put it in your

4      consideration, Your Honor.  First, that I have a son.  He

10:17:10      5      will be in school in about three years.  He needs his

6      father's support.  He is sick.  We just found water in his

7      head.  I am not a bomb maker, Your Honor, and I have no

8      experience with electronics.  I have them just to have

9      them because I love them, but I don't want them no more.

10:17:27      10      The special agent bomb technician said the items purchased

11      by Al Hardan are used to build electronic circuits while

12      many of the circuit components were benign, not harmful.

13      Also, he said Al Hardan has little or no electronic

14      background.

10:17:41      15                 THE COURT:  A pistol is benign until you

16      point it at somebody and pull the trigger.  All that stuff

17      can be neutral.  Cellphones, other than annoying you to

18      death, aren't necessarily a vicious weapon, but it can be

19      converted.  How many cellphones did you have?

10:18:03      20                 THE DEFENDANT:  I have only one, Your Honor.

21                 THE COURT:  How many did you have in your

22      closet?

23                 THE DEFENDANT:  About six to 12, as I heard.

24                 THE COURT:  Is that right?

10:18:12      25                 MR. IMPERATO:  Judge, I've got a picture of

1 it.  Other than the cellphone he had, they recovered five

2 cellphones.

3               **(Defendant conferring with Mr. Adler)**

4                    MR. ADLER:  Can he continue, Judge, or --

10:18:35    5                    THE COURT:  Please.

6                    THE DEFENDANT:  I did not plan to attack

7 anyplace or plan to hurt someone, Your Honor.  And this is

8 not only my statement, it is the FBI statement also, Your

9 Honor.  They said there was never any active or plan plot

10:18:54   10 targeting a specific location in Houston or elsewhere.

11                    Your Honor, the informant, he is the one

12  who brought the idea that he wanted to put a bomb in

13  either Sharpstown or Galleria Mall.  Not me.

14                    And, also, the idea to blow it up with a

10:19:06   15  cellphone was his, not my idea.

16                    THE COURT:  Did you tell him, "Absolutely

17 not.  I'm not even considering anything like that"?

18                    THE DEFENDANT:  I didn't agree, Your Honor,

19 about the idea that he came up with --

10:19:18   20                    THE COURT:  Did you vehemently dissociate

21 yourself from that suggestion?

22               **(Defendant conferring with Mr. Adler)**

23                    MR. ADLER:  Obviously, Judge, he should have

24 left the informant as soon as this came up.  I think we all

10:19:37   25 know he did not.  He recognizes that.

1          THE COURT:  He didn't do it.  I know.  And

2    did you take video courses in bomb making and circuitry for

3    detonating bombs?  Did you talk a lot about road bombs?  I

4    think that was the expression you said.

10:19:55    5          THE DEFENDANT:  Yes, sir.  It's only one

6    time, Your Honor, I was seeing on YouTube.  One time I just

7    said for curious how to, about cellphone and something like

8    this, trigger, but I didn't follow up with how to do it

9    exactly.  It was only one time, Your Honor, I seen it, and

10:20:12   10   I never seen anything or tried to do what they do exactly.

11          **(Defendant conferring with Mr. Adler)**

12          THE DEFENDANT:  Your Honor, I'm not trying

13   to make any excuses for what I've done, but this is just

14   kind of truth of the FBI statements about what done about

10:20:37   15   the electronics that I have no experience and I didn't plan

16   to hurt nobody, Your Honor.  And the reason which made me

17   mention that is because it talks about bomb and people, and

18   I must clear that, Your Honor, before your judgment

19   decision.

10:20:50   20          I already pled guilty and I'm very sad I

21    should not because I should not have done what I have

22    done, and I'm wrong, Your Honor.

23          THE COURT:  What did you do?  You spent the

24   last several minutes telling me what you didn't do.  What

10:21:05   25   did you do?

1            **(Defendant conferring with Mr. Adler)**

2                   THE DEFENDANT:  Your Honor, I attempted to

3    support the terrorists organization.

4                   THE COURT:  And how did you do it exactly?

10:21:16    5    I want to know precisely.

6                   THE DEFENDANT:  Yes, Your Honor.  I was

7    discussing with him if arrived, if I had arrived there

8    and --

9            THE COURT:  Who "him"?

10:21:25    10           THE DEFENDANT:  To the informant of the

11   government.  So I was discussing if I arrived there, what

12   position they going to put me on, and what we going do

13   there.  Like discussions.

14                   So I'm wrong, Your Honor, and I was a

10:21:45    15   foolish, a silly person feeling too comfortable and take

16   everything easily.

17                   Your Honor, I'm asking for your

18   forgiveness.  I'm sorry.  Please forgive me and give me a

19   chance.  I have been in jail for 23 months.  I have

10:21:59    20   changed 360 degrees, Your Honor.  And I will never involve

21   in any illegal things.  I promise you that, Your Honor.

22                   THE COURT:  You changed 360 degrees, you're

23   back where you started, and that's what worries me.

24           MR. IMPERATO:  I think he --

10:22:11    25           MR. ADLER:  He used the idiom incorrectly,

1  Judge.

2                    THE COURT:  I know.

3                    THE DEFENDANT:  Your Honor, I also facing

4  another --

10:22:18   5                    THE COURT:  Like lawyers, they say things

6  and don't think them through.

7                    THE DEFENDANT:  Your Honor, I also facing

8  another custody with the Immigration for deportation.  I

9  hopefully stay in the United States, but most likely I'll

10:22:32  10  be deported.  Please, Your Honor, what I said --

11                    THE COURT:  Why will you be deported?

12                    THE DEFENDANT:  I might be deported.

13                    THE COURT:  Why would you be deported?

14                    THE DEFENDANT:  Because I have a green card

10:22:42  15  and I committed a crime.

16                    THE COURT:  Did you lie to the State

17  Department on your application for a passport and

18  naturalization, whatever it was?

19                    THE DEFENDANT:  I was an --

10:22:54  20                    THE COURT:  Did you, yes or no?

21                    **(Defendant conferring with Mr. Adler)**

22                    THE DEFENDANT:  Yes, Your Honor.  Yes, I was

23  in association with terrorists, Your Honor.

24                    THE COURT:  You lied to the government

10:23:10  25  trying to get naturalization papers --

1                    THE DEFENDANT:  Yes, Your Honor.

2                    THE COURT:  -- because you needed --

3                    THE DEFENDANT:  I'm sorry.

4                    THE COURT:  -- a passport.

10:23:20  5          THE DEFENDANT:  Yes, Your Honor.

6                    THE COURT:  So you could go someplace else

7  and "cut off heads."  That's a quote.

8                    **(Defendant conferring with Mr. Adler)**

9                    THE DEFENDANT:  Your Honor, I was foolish.

10:23:36  10  I'm sorry about that.  Yes, I did this.  Yes, Your Honor.

11  I told them when I get the passport, yes, I might go to --

12  I'd go to Syria or something, but after that I just backup

13  on that decision, Your Honor.

14                   THE COURT:  Right.

10:23:46  15         THE DEFENDANT:  Yes.

16                   THE COURT:  Like getting the worst combat

17  training film I've ever seen.

18                   THE DEFENDANT:  Yes, Your Honor.  We went --

19  I'm sorry.

10:23:59  20         THE COURT:  Did the government get it's

21  money back?  I'm not going to punish you for this.  Did you

22  hold a pistol to your son's head in an argument with your

23  wife and mother, as I recall?

24                   THE DEFENDANT:  That's not true, Your Honor.

10:24:28  25  It was my brother.  That picture is not from me, Your

1  Honor.  That gun is not mine.  It's for my brother.  I seen

2  that picture.  It's not me.  That's for my brother, he was

3  joking with the kid.

4              THE COURT:  That's not joking.  What did you

10:24:43  5  do when you're --

6              THE DEFENDANT:  It's not me, Your Honor.

7              THE COURT:  You called it "joking."  That's

8  the problem.

9          **(Defendant conferring with Mr. Adler)**

10:24:54  10             THE DEFENDANT:  I was in Houston, Your

11  Honor.  He was in Dallas.

12             THE COURT:  Where were you when that picture

13  was taken?

14             THE DEFENDANT:  Yes, Your Honor.  I was in

10:24:59  15  Houston and he was in Dallas.  I wasn't with him.

16             THE COURT:  And what did you say to your

17  brother about of that?

18             THE DEFENDANT:  I never seen that picture,

19  only here, Your Honor.  I'm surprised.  And that's not

10:25:12  20  correct, Your Honor.  He should not have been there.

21             MR. ADLER:  The relationship Mr. Al Hardan

22  has with his brother has been a very rocky relationship.

23  They've had some very serious disagreements when they've

24  been in the United States.

10:25:26  25             THE COURT:  So he left the child in the

1  custody of a brother that he didn't trust?

2              MR. ADLER:  That's correct, Your Honor, but

3  that did not happen anymore.

4              THE COURT:  And in the other countries where

10:25:41  5  you lived, did you ever have an air-conditioned apartment?

6              **(Defendant conferring with Mr. Adler)**

7              THE DEFENDANT:  The best life I ever lived,

8  Your Honor, in the United States.

9              THE COURT:  Answer my question, please.

10:26:02  10  You're not a lawyer.  You have to answer the question.

11              THE DEFENDANT:  Is there air-conditioning,

12  Your Honor?

13              THE COURT:  Did you ever, in any of the

14  other countries, live and an air-conditioned apartment?

10:26:14  15              THE DEFENDANT:  No, Your Honor.

16              THE COURT:  Did you ever have a cellphone in

17  other countries?

18              THE DEFENDANT:  Yes, Your Honor.

19              THE COURT:  If I remember correctly, in your

10:26:55  20  statement of acceptance, you said you're sorry you confided

21  in an undercover agent.

22              MR. ADLER:  Some of this, Judge, has to do

23  with his English ability.  You can check again, but he's

24  sorry that he ever got associated and involved and

10:27:12  25  continued to meet with this guy for several reasons.

1               THE COURT:  But he got associated with him

2   voluntarily for combat training.  Wasn't that the same guy?

3               THE DEFENDANT:  Yes, Your Honor.  I asked

4   the informant if that is possible so I can use a weapon.

10:27:33   5               THE COURT:  And what have you done for a

6   living?

7               THE DEFENDANT:  I'm a limo driver, Your

8   Honor, and a state inspector, license for vehicles.

9               MR. ADLER:  Emissions inspections shop.

10:27:48  10               THE COURT:  In any country where you used to

11  live, were your parents on welfare?

12               **(Defendant conferring with Mr. Adler)**

13               THE DEFENDANT:  Yes, Your Honor.  We was

14  receiving assistance.  We was in bad situation.

10:28:04  15               THE COURT:  You were in refugee camps?

16               THE DEFENDANT:  Yes, Your Honor.

17               THE COURT:  You weren't in air-conditioned

18  apartment on welfare?

19               THE DEFENDANT:  No, Your Honor.

10:28:12  20               THE COURT:  It was support rather than cash?

21               THE DEFENDANT:  No.  Right here, Your Honor.

22               MR. ADLER:  I asked Mr. Al Hardan if it was

23  better for his parents in the United States or over there.

24  That's why he answered "right here."

10:28:30  25               THE DEFENDANT:  Right here.

1                    THE COURT:  Anything else you want to tell

2  me?

3                    THE DEFENDANT:  Yes, Your Honor.  I just

4  want to say I'm very sorry.  I'm not trying to prove or say

10:28:38  5  I'm innocent, no, Your Honor.  I'm guilty.  And I apologize

6  to the government of the United States, and I'm just asking

7  for another chance, Your Honor.  I was just taken -- I was

8  feeling too comfortable outside, take everything easily.

9  So I just please give me a chance, Your Honor, just because

10:28:50  10  I have a kid.  And I'm sorry for that.  I apologize to the

11  United States, Your Honor.

12                    THE COURT:  You had a kid when you did it.

13                    THE DEFENDANT:  Yes, Your Honor, yes.  But I

14  have a newborn.  It was newborn.

10:29:07  15                    THE COURT:  Theoretically, you don't get

16  somebody pregnant unless you're expecting to have a kid and

17  think you want to keep one for, in my case, up to 56 years

18  so far.  It's a permanent condition.  Start slow.

19                    Were there manuals in your closet in the

10:29:39  20   apartment?

21             **(Defendant conferring with Mr. Adler)**

22                    THE DEFENDANT:  I don't believe so.  No,

23  Your Honor, I don't have.

24                    THE COURT:  There weren't manuals on

10:29:55  25  circuits?  And what else?

1                    MR. IMPERATO:  There were manuals on

2  circuitry and military manuals on electronic circuitry as

3  well.

4                    THE DEFENDANT:  I don't know about the

10:30:05   5  military, Your Honor, but I ordered CDs for how to learn

6  how to do build up circuits from online.  But because it

7  was my English bad, so I just, I bought it but I didn't

8  look at it.  But, yes, Your Honor, I had the -- I had the

9  instructions.

10:30:18  10                    THE COURT:  But there were actual physical

11  manuals, too, weren't there?

12                    MR. IMPERATO:  Yes.  Books.

13                    THE COURT:  Check with the agent.

14                    MR. IMPERATO:  CDs, Judge.  They were on

10:30:38  15  CDs.

16                    THE COURT:  How many CDs roughly.

17                    CASE AGENT:  Two different manuals.  One was

18  a Navy manual, I belive, on electronic circuitry, and the

19  other was a general manual on circuitry.

10:31:00  20                    THE COURT:  Whose pistol is that that was in

21  the picture?

22                    THE DEFENDANT:  My brother.  My older

23  brother.

24                    THE COURT:  All right.  Anything else?

10:32:06  25                    THE DEFENDANT:  I'm sorry again, Your Honor.

```
 1                    MR. ADLER:  No, Your Honor.  Thank you.

 2                    THE COURT:  Anything else?

 3                    MR. IMPERATO:  Yes, Judge.  Judge, we're

 4       going to be requesting a sentence of 240 months, a lifetime

 5       term of supervised release.  We're asking for an upward

 6       variance because this defendant deserves it.  As you

 7       pointed out several times, in 2009, this defendant and his

 8       family came to this country.  They obtained legal permanent

 9       resident status.  By 2011, they reaped all the benefits of

10       coming to this country -- food stamps, medical aid,

11       financial aid.  He had productive jobs, he was a delivery

12       man, he was a state inspector, Uber driver.  He got

13       married, had a child.  Had all these benefits, and then --

14                    THE COURT:  Also had a period where he was

15       paid to take care of his parents, right?

16                    MR. ADLER:  Right.

17                    MR. IMPERATO:  Yes.

18                    THE COURT:  By Medicare or somebody?

19                    THE DEFENDANT:  Yes, Your Honor.

20                    MR. IMPERATO:  And then within a year of

21       become a legal resident, permanent resident, he starts

22       talking to terrorist organizations.  He just mentioned

23       ISIL, but that was before he was talking to the

24       confidential informant.  Before he even met the

25       confidential informant we have all the Facebook
```

1  conversations between this defendant and three known

2  terrorists with Al-Nusrah Front.  And that has been

3  completely ignored in this hearing by this defendant where

4  he talks about going over there fighting jihad, killing

10:33:28  5  Americans, getting training, helping Mr. Aws go over there

6  and get his passport, to go over there, in which he did go

7  over and fight.  In fact, he talked about executing three

8  people while he was over there.  This defendant was

9  involved in those conversations.  Then he gets --

10:33:43  10             THE COURT:  To be clear, the other guy

11  killed three people.

12             MR. IMPERATO:  The other guy killed three

13  people.  He wanted to go over and fight with them, he

14  wanted that guy's arrangement to go over.  He helped make

10:33:53  15  the travel arrangements to go over there.  And then he

16  fills out the I-131.  He gets his travel papers.  He's

17  ready to go, but he doesn't go because they lose contact.

18  Whether those guys were killed or Mr. Aws comes back to the

19  United States.  We don't know.  We know, but he doesn't

10:34:09  20  know.

21             Then he starts buying electronic

22  circuitry.  We don't know why he's buying electronic

23  circuitry, but that's why the FBI introduced the

24  confidential human source to him.  He's buying before he's

10:34:21  25  meeting him to become a human resource.  We introduced the

1   human source to him so we can figure out what he's doing,

2   and then we find out what he's doing because he tells us.

3   And like he said, he wants to build electronic circuitry.

4   You see in the pictures where he comes and shows on

5   November on 20th, he shows the confidential source what

6   he's building, and what it's going to do, and how it's

7   going to kill soldiers.  He's talking about that.  This,

8   again -- and also the training.  He's saying like he only

9   went training once.  That's not true.  He said that he

10  used to go training by himself.  He only went training

11  with the confidential human source once with a fully

12  automatic weapon.  But he also talks about the time that

13  he went to the range and shot and prepared to go over

14  there on his own before he met the confidential human

15  source.

16          The Dallas plot, he talks about, well, it

17  was all the CHS's idea.  No, it wasn't.  It was his.  He

18  planned the Dallas attack.  He needs to think about it.

19  And why he didn't commit any attacks in the United States?

20  He told us, because he couldn't find the weaponry to do

21  it.  And he knew that he could get it over there, and

22  that's why he wanted to go.

23          And, Judge, he talks about the videos.  He

24  did -- we did present the one video which is *Learn How The*

25  *Explosion of Bombs Mobile Phone 2 of 2*.  That means that

1    he observed 2 of 2 in November.  But then he tells the

2    confidential human source, "I used to see the brothers.  I

3    used to watch videos of their workshops.  They put it on

4    the computer."  He says that.

10:35:53    5              And then you're correct, Judge.  Why did

6    he want that passport?  Why didn't he travel?  Because he

7    needed his U.S. citizenship.  He needed his U.S.

8    citizenship.  He filled out the N-400 falsely.  There were

9    multiple lies on that form, and he wanted that, why?  So

10:36:08    10    he could travel and go over there.

11              We were never going to allow him to get

12    his U.S. citizenship so he could get that passport to go

13    over there.  So we arrested him at that time.

14              I presented all these cases to you, Judge.

10:36:19    15    The counterterrorism section provided to us.  If you

16    average out -- and I would say that this defendant is

17    worse than these individuals, because none of them, maybe

18    one had to do with explosives.  He's the only one that

19    dealt with explosives.  He's worse than them.  But the

10:36:36    20    average of all of these, if you combine them, it's

21    206.5 months.  That's a 17-year average for them.  And I

22    think that he is more culpable than them.  He has done

23    worse than them.  They had passports.  Some of them were

24    U.S. citizens, and we didn't let them travel.  He was

10:36:54    25    waiting, and he was gone.

1                    So, Judge, we ask for the upward

2    departure.  Look at the factors of 3553(a), and please,

3    Judge, sentence this defendant to 240 months and a

4    lifetime supervision so when he does come out, and if

10:37:10    5    we're not able to deport him right away, your Probation

6    Department can monitor him for the rest of his life,

7    because he needs to be monitored.  What he's saying is

8    just words.  Actions and when he doesn't know what people

9    are saying, when he doesn't know he's being recorded,

10:37:25   10    these are his true thoughts.  This is after 23 months of

11    sitting in a cage.

12                    We ask you, Judge, 240 months.  That's the

13    right sentence for this defendant.

14                    Thank you.

10:37:35   15                    THE COURT:  I'll take a 20-minute recess.

16                    **(Recessed at 10:37 a.m.)**

17                    THE COURT:  Thank you.  Please be seated.

18    Anything else, Mr. Imperato?

19                    MR. IMPERATO:  No, Your Honor.  Thank you.

10:59:09   20                    THE COURT:  Mr. Adler?

21                    THE DEFENDANT:  I'm sorry, Your Honor.

22                    MR. ADLER:  Nothing else, Your Honor.

23                    THE COURT:  First, I'll start with a

24    cautionary note.  Saying stupid, insane, even violent

10:59:35   25    things on Facebook, or other social media, cannot be a

1  crime or we'd have to fill half the country with prisons.

2  It seems to be standard operating procedure.

3              The flags in the closet that I said I

4  think at the detention hearing of somebody.  Was it him?

5              MR. IMPERATO:  Yes, Judge.

6              THE COURT:  That you're free to own in

7  America an ISIS flag.  You can have a British flag if

8  really want to get ancient.  And you can watch videos of

9  how to make atomic bombs, as well as improvised electronic

10  devices.  That's all well and good.

11              We've had episodes in this country,

12  especially World War I where a movie entitled *The Spirit*

13  *of 1776* was sued in rem by the government.  So the caption

14  of the case is *The United States of America versus The*

15  *Spirit of 1776*.  And it was really destroyed because

16  Mr. Wilson didn't like it.  But in a stretch of

17  imagination could have considered to have questioned the

18  wisdom of our support of the British.  That's what you do

19  in a free country.

20              There is all kinds of peripheral.  Is your

21  brother a permanent legal resident?

22              THE DEFENDANT:  Yes, Your Honor.

23              THE COURT:  The games you and your father

24  played with blowing up toy airplanes and yelling Allau

25  Akbar, I'm not going to punish you for that.  But that's an

1  indication of what you were thinking about, and none of it

2  was new, none of it was impulsive.

3              What makes the case and an attempt is

4  lying for a passport for naturalization for a passport so

5  that you could in fact do what you needed to do under your

6  plan of becoming a bomb maker to ISIS.  And that's what

7  you talked about:  being a bomb maker.  And you had some

8  stuff that indicated you were serious about that.  You

9  weren't sitting around a bar saying you were going to be

10  an astronaut next week.

11              Even though the guideline range is

12  calculated to be 57 to 71, this case illustrates that

13  there is no matrix on one side of an 8 1/2 x 11-inch paper

14  that account for the varieties of human existence.

15              Mr. Hardan, what you planned and attempted

16  to do was seriously illegal, and however inept you may

17  have been at executing your plans, clumsy bomb makers,

18  stupid planners, have killed a lot of people.

19              The Court is somewhat troubled by your

20  equivocation this morning where while it was all

21  undercover guy, he did talk too much, but you never

22  dissociated yourself from him.  In fact used him to set up

23  the other stuff.  So on the narrow grounds of planning,

24  training, and then attempting to get a travel document you

25  weren't entitled to, makes 16 years in prison the correct

1  sentence.  That's 192 months.  Plus a lifetime of

2  supervised release.  This is not an overreaction to what

3  would you call it?  The emotional and political context?

4  It is a cold, rational, fully informed analysis.  He can't

11:06:10  5  hear you, ma'am.  Get up and go talk to him.

6              MR. ADLER:  It's okay, Judge.  I think he

7  just prefers to listen to you, Judge.

8              THE COURT:  Okay.  Of what you did and the

9  laws that apply to it.

11:06:33  10              Anything else, Mr. Imperato?

11              MR. IMPERATO:  Judge, per the plea

12  agreement, we agree to no fine, and also agree to remit the

13  hundred-dollar assessment.

14              THE COURT:  Thank you.  He has no means of

11:06:48  15  paying it.

16              MR. IMPERATO:  And then also, Judge, we'd

17  move to dismiss the remaining counts as well.

18              THE COURT:  The remaining counts are

19  dismissed.  Mr. Adler?

11:06:56  20              MR. ADLER:  Nothing, Your Honor.

21              THE COURT:  Do you have any questions,

22  Mr. Hardan?

23              THE DEFENDANT:  About the sentence, Your

24  Honor.  About the sentence, is that final, Your Honor, the

11:07:12  25  sentence?

1          THE COURT:  Well, it will be this afternoon

2    or so when I sign the document.  But you have the right to

3    appeal, you have the right to appeal having a lawyer

4    appointed for you and not paying fees.  If you can't afford

11:07:32    5    them, there's a statement about that.  Please read it.  If

6    you understand it, sign it.

7          PROBATION OFFICER:  Your Honor, would it

8    please the Court to impose financial conditions and

9    surrendering to ICE once he's needs to?

11:07:51    10          THE COURT:  Financial what?

11          PROBATION OFFICER:  Well, just financial

12    disclosure, just so we can monitor his finances.

13          THE COURT:  Once he gets out?

14          PROBATION OFFICER:  Once he gets out.

11:07:56    15          THE COURT:  Okay.

16          PROBATION OFFICER:  And then also the

17    deportation, that he needs to surrender to ICE once he's

18    released from custody.

19          THE COURT:  Is there an ICE Immigration

11:08:09    20    detainer?

21          PROBATION OFFICER:  There's not one right

22    now, Your Honor.  I don't know if there will be one, but we

23    want to make that provision that he cooperate with ICE once

24    he's released.

11:08:23    25          THE COURT:  That acronym is too close to

1   ISIS.

2                   PROBATION OFFICER:  I'm sorry.

3                   THE COURT:  When you're released, among the

4   terms of your supervised release are that you report to

11:08:33  5   Immigration.  See what they want to do with you.  I think

6   you should be deported, but that's up to them.  And you

7   will fully report your financial arrangements, including

8   any of those that are derived from your parents.  And there

9   are a whole bunch of standard conditions.  You obviously

11:09:03  10  won't be able to possess a firearm in Texas or under

11  federal law.

12                   Anything else?

13                   PROBATION OFFICER:  No, Your Honor.  That's

14  it.  Thank you.

11:09:16  15                  MR. IMPERATO:  Nothing from the government,

16  Your Honor.

17                   MR. ADLER:  Nothing from the defense, Your

18  Honor.

19                   THE COURT:  Thank you.  We're adjourned.

11:09:22  20                  **(Recessed at 11:09 a.m.)**

21

22

23

24

25

1                    **COURT REPORTER'S CERTIFICATE**

2

3   I, Johnny C. Sanchez, certify that the foregoing is a

4   correct transcript from the record of proceedings in the

5   above-entitled matter.

6

7                                    /s/_____
                                     Johnny C. Sanchez, CRR, RMR

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## /

**/s** [1] - 30:6

## 1

**1/2** [1] - 26:13
**10:37** [1] - 24:16
**11-inch** [1] - 26:13
**11:09** [1] - 29:20
**12** [2] - 4:9, 9:23
**16** [1] - 26:25
**17-year** [1] - 23:21
**1776** [2] - 25:13, 25:15
**192** [1] - 27:1

## 2

**2** [6] - 5:1, 5:5, 22:25, 23:1
**20-minute** [1] - 24:15
**2009** [1] - 20:7
**2011** [1] - 20:9
**206.5** [1] - 23:21
**20th** [1] - 22:5
**23** [2] - 12:19, 24:10
**240** [3] - 20:4, 24:3, 24:12
**25** [2] - 4:24, 5:5
**26** [6] - 4:21, 4:24, 4:25, 5:1, 5:5
**28** [2] - 5:2, 5:5

## 3

**3** [1] - 5:5
**3553(a** [1] - 24:2
**360** [2] - 12:20, 12:22
**3A1.4** [2] - 5:17, 5:25

## 5

**56** [1] - 18:17
**57** [2] - 5:8, 26:12

## 7

**71** [2] - 5:8, 26:12

## 8

**8** [1] - 26:13

## A

**a.m** [2] - 24:16, 29:20
**ability** [1] - 16:23
**able** [2] - 24:5, 29:10
**above-entitled** [1] - 30:5
**absence** [1] - 8:17

**Absolutely** [1] - 10:16
**acceptance** [1] - 16:20
**accepted** [1] - 7:15
**account** [1] - 26:14
**acronym** [1] - 28:25
**actions** [1] - 24:8
**active** [1] - 10:9
**actual** [1] - 19:10
**add** [2] - 5:11, 6:17
**addition** [1] - 4:9
**address** [1] - 6:13
**adjourned** [1] - 29:19
**ADLER** [24] - 4:5, 4:24, 5:1, 5:3, 5:6, 6:11, 6:14, 6:17, 6:20, 6:23, 10:4, 10:23, 12:25, 15:21, 16:2, 16:22, 17:9, 17:22, 20:1, 20:16, 24:22, 27:6, 27:20, 29:17
**Adler** [13] - 6:10, 10:3, 10:22, 11:11, 12:1, 13:21, 14:8, 15:9, 16:6, 17:12, 18:21, 24:20, 27:19
**afford** [1] - 28:4
**afternoon** [1] - 28:1
**agent** [3] - 9:10, 16:21, 19:13
**AGENT** [1] - 19:17
**agree** [3] - 10:18, 27:12
**agreement** [1] - 27:12
**aid** [2] - 20:10, 20:11
**air** [4] - 16:5, 16:11, 16:14, 17:17
**air-conditioned** [3] - 16:5, 16:14, 17:17
**air-conditioning** [1] - 16:11
**airplanes** [1] - 25:24
**Akbar** [1] - 25:25
**Al** [10] - 6:21, 6:24, 7:10, 8:1, 8:9, 9:11, 9:13, 15:21, 17:22, 21:2
**Al-Nusrah** [1] - 21:2
**Allau** [1] - 25:24
**allow** [1] - 23:11
**almost** [1] - 4:17
**America** [2] - 25:7, 25:14
**Americans** [2] - 7:6, 21:5
**analysis** [1] - 27:4
**ancient** [1] - 25:8
**annoying** [1] - 9:17
**answer** [2] - 16:9, 16:10
**answered** [1] - 17:24
**anxious** [1] - 7:21
**anyplace** [1] - 10:7
**apartment** [4] - 16:5, 16:14, 17:18, 18:20
**apologize** [5] - 8:14, 8:16, 8:17, 18:5, 18:10
**appeal** [1] - 28:3
**application** [1] - 13:17
**applies** [1] - 5:17
**apply** [1] - 27:9
**appointed** [1] - 28:4
**appreciation** [1] - 7:14
**argue** [2] - 6:1, 6:5
**argument** [1] - 14:22
**arrangement** [1] - 21:14
**arrangements** [2] - 21:15, 29:7

**arrested** [2] - 8:23, 23:13
**arrived** [3] - 12:7, 12:11
**assessment** [1] - 27:13
**assistance** [1] - 17:14
**associated** [2] - 16:24, 17:1
**association** [1] - 13:23
**astronaut** [1] - 26:10
**atomic** [1] - 25:9
**attack** [2] - 10:6, 22:18
**attacks** [1] - 22:19
**attempt** [2] - 4:20, 26:3
**attempted** [5] - 4:19, 5:20, 5:23, 12:2, 26:15
**attempting** [2] - 5:23, 26:24
**attention** [1] - 8:7
**automatic** [1] - 22:12
**average** [3] - 23:16, 23:20, 23:21
**aware** [1] - 7:3
**Aws** [2] - 21:5, 21:18

## B

**b)** [1] - 5:17
**background** [1] - 9:14
**backup** [1] - 14:12
**bad** [4] - 6:24, 8:11, 17:14, 19:7
**bar** [1] - 26:9
**based** [1] - 6:8
**become** [2] - 20:21, 21:25
**becoming** [1] - 26:6
**behalf** [1] - 6:21
**belief** [1] - 8:3
**believes** [1] - 7:8
**belive** [1] - 19:18
**benefits** [2] - 20:9, 20:13
**benign** [2] - 9:12, 9:15
**best** [1] - 16:7
**better** [1] - 17:23
**between** [1] - 21:1
**blow** [1] - 10:14
**blowing** [1] - 25:24
**bomb** [8] - 9:7, 9:10, 10:12, 11:2, 11:17, 26:6, 26:7, 26:17
**bombs** [3] - 11:3, 25:9
**Bombs** [1] - 22:25
**books** [1] - 19:12
**bought** [1] - 19:7
**briefed** [1] - 5:10
**briefly** [1] - 6:20
**bring** [1] - 4:15
**British** [2] - 25:7, 25:18
**brother** [9] - 14:25, 15:1, 15:2, 15:17, 15:22, 16:1, 19:22, 19:23, 25:21
**brothers** [1] - 23:2
**brought** [1] - 10:12
**build** [3] - 9:11, 19:6, 22:3
**building** [1] - 22:6
**bunch** [1] - 29:9
**buying** [3] - 21:21, 21:22, 21:24

## C

**cage** [1] - 24:11
**calculated** [2] - 6:2, 26:12
**calculations** [1] - 4:10
**camps** [1] - 17:15
**Canadian** [1] - 4:3
**cannot** [1] - 24:25
**caption** [1] - 25:13
**card** [1] - 13:14
**care** [3] - 8:19, 8:20, 20:15
**CASE** [1] - 19:17
**case** [9] - 5:22, 6:23, 7:9, 8:7, 18:17, 25:14, 26:3, 26:12
**cases** [3] - 4:6, 4:11, 23:14
**cash** [1] - 17:20
**cautionary** [1] - 24:24
**CDs** [4] - 19:5, 19:14, 19:15, 19:16
**cellphone** [4] - 10:1, 10:15, 11:7, 16:16
**cellphones** [3] - 9:17, 9:19, 10:2
**CERTIFICATE** [1] - 30:1
**certificates** [1] - 7:18
**certify** [1] - 30:3
**chance** [4] - 8:11, 12:19, 18:7, 18:9
**changed** [2] - 12:20, 12:22
**charge** [1] - 4:18
**check** [2] - 16:23, 19:13
**child** [2] - 15:25, 20:13
**CHS's** [1] - 22:17
**circuit** [1] - 9:12
**Circuit** [1] - 5:22
**circuitry** [8] - 11:2, 19:2, 19:18, 19:19, 21:22, 21:23, 22:3
**circuits** [3] - 9:11, 18:25, 19:6
**citizens** [1] - 23:24
**citizenship** [3] - 23:7, 23:8, 23:12
**classes** [1] - 7:18
**clear** [2] - 11:18, 21:10
**close** [1] - 28:25
**closet** [3] - 9:22, 18:19, 25:3
**clumsy** [1] - 26:17
**cold** [1] - 27:4
**combat** [2] - 14:16, 17:2
**combine** [1] - 23:20
**comfortable** [2] - 12:15, 18:8
**coming** [1] - 20:10
**commit** [1] - 22:19
**committed** [1] - 13:15
**completely** [1] - 21:3
**components** [1] - 9:12
**computer** [1] - 23:4
**concludes** [1] - 4:18
**condition** [1] - 18:18
**conditioned** [3] - 16:5, 16:14, 17:17
**conditioning** [1] - 16:11
**conditions** [2] - 28:8, 29:9
**conferring** [10] - 10:3, 10:22, 11:11, 12:1, 13:21, 14:8, 15:9, 16:6, 17:12, 18:21
**confided** [1] - 16:20

**confidential** [7] - 20:24, 20:25, 21:24, 22:5, 22:11, 22:14, 23:2
**consider** [1] - 7:24
**consideration** [2] - 9:2, 9:4
**considered** [2] - 5:24, 25:17
**considering** [1] - 10:17
**contact** [3] - 7:5, 21:17
**context** [2] - 6:25, 27:3
**continue** [1] - 10:4
**continued** [1] - 16:25
**conversations** [2] - 21:1, 21:9
**converted** [1] - 9:19
**convince** [1] - 6:15
**convinced** [1] - 4:16
**cooperate** [1] - 28:23
**correct** [5] - 15:20, 16:2, 23:5, 26:25, 30:4
**correctly** [1] - 16:19
**counterterrorism** [1] - 23:15
**counting** [2] - 6:5, 6:6
**countries** [3] - 16:4, 16:14, 16:17
**country** [8] - 7:4, 7:16, 17:10, 20:8, 20:10, 25:1, 25:11, 25:19
**counts** [2] - 27:17, 27:18
**courses** [1] - 11:2
**COURT** [84] - 4:2, 4:8, 5:5, 5:7, 5:13, 5:20, 6:9, 6:12, 6:15, 6:19, 6:22, 9:15, 9:21, 9:24, 10:5, 10:16, 10:20, 11:1, 11:23, 12:4, 12:9, 12:22, 13:2, 13:5, 13:11, 13:13, 13:16, 13:20, 13:24, 14:2, 14:4, 14:6, 14:14, 14:16, 14:20, 15:4, 15:7, 15:12, 15:16, 15:25, 16:4, 16:9, 16:13, 16:16, 16:19, 17:1, 17:5, 17:10, 17:15, 17:17, 17:20, 18:1, 18:12, 18:15, 18:24, 19:10, 19:13, 19:16, 19:20, 19:24, 20:2, 20:14, 20:18, 21:10, 24:15, 24:17, 24:20, 24:23, 25:6, 25:23, 27:8, 27:14, 27:18, 27:21, 28:1, 28:10, 28:13, 28:15, 28:19, 28:25, 29:3, 29:19, 30:1
**Court** [10] - 4:8, 4:18, 6:5, 7:10, 7:18, 7:21, 7:24, 8:1, 26:19, 28:8
**Court's** [1] - 6:11
**crime** [4] - 5:18, 5:24, 13:15, 25:1
**criminal** [1] - 4:10
**CRR** [1] - 30:7
**crying** [1] - 8:22
**culpable** [1] - 23:22
**culture** [1] - 4:22
**curious** [1] - 11:7
**custody** [5] - 7:11, 7:17, 13:8, 16:1, 28:18
**cut** [1] - 14:7

## D

**Dallas** [4] - 15:11, 15:15, 22:16, 22:18
**data** [1] - 4:4
**dealt** [1] - 23:19
**death** [2] - 8:24, 9:18
**decide** [1] - 9:3
**decision** [4] - 6:11, 6:18, 11:19, 14:13
**decisions** [1] - 6:24, 7:1, 8:2

**defendant** [9] - 6:2, 20:6, 20:7, 21:1, 21:3, 21:8, 23:16, 24:3, 24:13
**Defendant** [10] - 10:3, 10:22, 11:11, 12:1, 13:21, 14:8, 15:9, 16:6, 17:12, 18:21
**DEFENDANT** [48] - 8:10, 9:20, 9:23, 10:6, 10:18, 11:5, 11:12, 12:2, 12:6, 12:10, 13:3, 13:7, 13:12, 13:14, 13:19, 13:22, 14:1, 14:3, 14:5, 14:9, 14:15, 14:18, 14:24, 15:6, 15:10, 15:14, 15:18, 16:7, 16:11, 16:15, 16:18, 17:3, 17:7, 17:13, 17:16, 17:19, 17:21, 17:25, 18:3, 18:13, 18:22, 19:4, 19:22, 19:25, 20:19, 24:21, 25:22, 27:23
**defense** [2] - 4:9, 29:17
**degrees** [2] - 12:20, 12:22
**delivery** [1] - 20:11
**Department** [2] - 13:17, 24:6
**departure** [1] - 24:2
**deport** [1] - 24:5
**deportation** [2] - 13:8, 28:17
**deported** [5] - 13:10, 13:11, 13:12, 13:13, 29:6
**derived** [1] - 29:8
**deserves** [1] - 20:6
**destroyed** [1] - 25:15
**detained** [1] - 7:10
**detainer** [1] - 28:20
**detention** [1] - 25:4
**detonating** [1] - 11:3
**develop** [1] - 7:13
**devices** [1] - 25:10
**died** [1] - 8:23
**different** [1] - 19:17
**disagreements** [1] - 15:23
**disclosure** [1] - 28:12
**discussed** [1] - 5:8
**discussing** [2] - 12:7, 12:11
**discussions** [1] - 12:13
**dismiss** [1] - 27:17
**dismissed** [1] - 27:19
**dispute** [1] - 6:25
**dissociate** [1] - 10:20
**dissociated** [1] - 26:22
**distinction** [1] - 4:12
**document** [2] - 26:24, 28:2
**dollar** [1] - 27:13
**done** [8] - 4:19, 8:15, 11:13, 11:14, 11:21, 11:22, 17:5, 23:22
**double** [2] - 6:5, 6:6
**down** [1] - 8:6
**dress** [1] - 6:11
**driver** [2] - 17:7, 20:12

## E

**easily** [2] - 12:16, 18:8
**either** [1] - 10:13
**electronic** [8] - 9:11, 9:13, 19:2, 19:18, 21:21, 21:22, 22:3, 25:9
**electronics** [2] - 9:8, 11:15
**elsewhere** [1] - 10:10

emissions [1] - 17:9
emotional [1] - 27:3
English [3] - 7:6, 16:23, 19:7
English-speaking [1] - 7:6
enhancement [1] - 5:16
entitled [3] - 25:12, 26:25, 30:5
episodes [1] - 25:11
equivocation [1] - 26:20
especially [2] - 8:18, 25:12
evidence [1] - 6:4
exactly [3] - 11:9, 11:10, 12:4
excuses [1] - 11:13
executing [2] - 21:7, 26:17
existence [1] - 26:14
expecting [1] - 18:16
experience [2] - 9:8, 11:15
Explosion [1] - 22:25
explosives [2] - 23:18, 23:19
expression [1] - 11:4

**F**

Facebook [2] - 20:25, 24:25
facing [2] - 13:3, 13:7
fact [3] - 21:7, 26:5, 26:22
factors [1] - 24:2
fairly [1] - 6:16
falsely [1] - 23:8
family [6] - 7:5, 7:15, 8:5, 8:17, 8:24, 20:8
far [1] - 18:18
father [2] - 8:8, 25:23
father's [1] - 9:6
favor [1] - 6:13
FBI [3] - 10:8, 11:14, 21:23
federal [3] - 5:18, 5:24, 29:11
fees [1] - 28:4
felony [2] - 5:18, 5:20
fight [2] - 21:7, 21:13
fighting [1] - 21:4
figure [1] - 22:1
fill [1] - 25:1
filled [1] - 23:8
fills [1] - 21:16
film [1] - 14:17
final [1] - 27:24
finances [1] - 28:12
financial [5] - 20:11, 28:8, 28:10, 28:11, 29:7
fine [1] - 27:12
firearm [1] - 29:10
first [3] - 8:14, 9:4, 24:23
five [1] - 10:1
flag [2] - 25:7
flags [1] - 25:3
follow [1] - 11:8
food [1] - 20:10
foolish [2] - 12:15, 14:9
foregoing [1] - 30:3
foreigner [1] - 4:2
forever [1] - 8:3

forgive [1] - 12:18
forgiveness [1] - 12:18
form [1] - 23:9
fortunate [2] - 7:3, 7:15
frankly [1] - 7:5
free [2] - 25:6, 25:19
Front [1] - 21:2
front [1] - 21:2
fully [3] - 22:11, 27:4, 29:7

**G**

Galleria [1] - 10:13
games [1] - 25:23
general [1] - 19:19
Government [1] - 6:3
government [7] - 8:16, 12:11, 13:24, 14:20, 18:6, 25:13, 29:15
green [1] - 13:14
grounds [1] - 26:23
guideline [6] - 4:10, 4:16, 4:21, 5:7, 7:25, 26:11
guidelines [3] - 4:14, 5:9, 6:7
guilty [2] - 11:20, 18:5
gun [1] - 15:1
guy [5] - 16:25, 17:2, 21:10, 21:12, 26:21
guys [1] - 21:18

**H**

half [1] - 25:1
handcuffed [1] - 8:22
hang [1] - 7:13
hanging [1] - 7:12
Hardan [10] - 6:24, 7:10, 8:1, 8:9, 9:11, 9:13, 15:21, 17:22, 26:15, 27:22
Hardan's [1] - 6:21
harmful [1] - 9:12
head [2] - 9:7, 14:22
heads [1] - 14:7
hear [1] - 27:5
heard [1] - 9:23
hearing [2] - 21:3, 25:4
heart [1] - 8:13
help [1] - 8:4
helped [1] - 21:14
helping [1] - 21:5
himself [1] - 22:10
history [1] - 4:10
hold [1] - 14:22
Honor [79] - 4:6, 8:10, 8:12, 8:13, 8:15, 8:21, 9:1, 9:4, 9:7, 9:20, 10:7, 10:9, 10:11, 10:18, 11:6, 11:9, 11:12, 11:16, 11:18, 11:22, 12:2, 12:6, 12:14, 12:17, 12:20, 12:21, 13:3, 13:7, 13:10, 13:22, 13:23, 14:1, 14:5, 14:9, 14:10, 14:13, 14:18, 14:24, 15:1, 15:6, 15:11, 15:14, 15:19, 15:20, 16:2, 16:8, 16:12, 16:15, 16:18, 17:3, 17:8, 17:13, 17:16, 17:19, 17:21, 18:3, 18:5, 18:7, 18:9, 18:11,

18:13, 18:23, 19:5, 19:8, 19:25, 20:1, 20:19, 24:19, 24:21, 24:22, 25:22, 27:20, 27:24, 28:7, 28:22, 29:13, 29:16, 29:18
hopefully [1] - 13:9
Houston [3] - 10:10, 15:10, 15:15
human [7] - 21:24, 21:25, 22:1, 22:11, 22:14, 23:2, 26:14
hundred [1] - 27:13
hundred-dollar [1] - 27:13
hurt [2] - 10:7, 11:16

**I**

I-131 [1] - 21:16
ICE [4] - 28:9, 28:17, 28:19, 28:23
idea [6] - 8:5, 10:12, 10:14, 10:15, 10:19, 22:17
idiom [1] - 12:25
ignored [1] - 21:3
illegal [2] - 12:21, 26:16
illustrates [1] - 26:12
imagination [1] - 25:17
immersed [1] - 4:22
Immigration [2] - 13:8, 28:19, 29:5
Imperato [2] - 24:18, 27:10
IMPERATO [21] - 4:1, 4:25, 5:2, 5:4, 5:12, 5:15, 5:21, 9:25, 12:24, 19:1, 19:12, 19:14, 20:3, 20:17, 20:20, 21:12, 24:19, 25:5, 27:11, 27:16, 29:15
important [1] - 7:1
impose [1] - 28:8
improve [1] - 7:19
improvised [1] - 25:9
impulsive [1] - 26:2
included [1] - 6:2
including [1] - 29:7
incorrectly [1] - 12:25
indicated [1] - 26:8
indication [1] - 26:1
individuals [1] - 23:17
inept [1] - 26:16
informant [6] - 10:11, 10:24, 12:10, 17:4, 20:24, 20:25
informed [1] - 27:4
innocent [1] - 18:5
insane [1] - 24:24
inspections [1] - 17:9
inspector [1] - 17:8, 20:12
instructions [1] - 19:9
introduced [2] - 21:23, 21:25
involve [1] - 12:20
involved [2] - 16:24, 21:9
involving [1] - 5:18
ironies [1] - 7:9
irrationally [1] - 4:17
ISIL [1] - 20:23
ISIS [4] - 8:5, 25:7, 26:6, 29:1
isolated [1] - 7:2
items [1] - 9:10

## J

**jail** [1] - 12:19
**jihad** [1] - 21:4
**jobs** [1] - 20:11
**Johnny** [2] - 30:3, 30:7
**joking** [3] - 15:3, 15:4, 15:7
**Judge** [23] - 5:12, 5:21, 6:8, 6:18, 6:23, 9:25, 10:4, 10:23, 13:1, 16:22, 19:14, 20:3, 22:23, 23:5, 23:14, 24:1, 24:3, 24:12, 25:5, 27:6, 27:7, 27:11, 27:16
**judge** [2] - 5:15, 20:3
**judgment** [1] - 11:18

## K

**keep** [1] - 18:17
**kid** [4] - 15:3, 18:10, 18:12, 18:16
**kill** [1] - 22:7
**killed** [4] - 21:11, 21:12, 21:18, 26:18
**killing** [1] - 21:4
**kind** [1] - 11:14
**kinds** [1] - 25:20
**known** [1] - 21:1

## L

**last** [1] - 11:24
**law** [2] - 5:22, 29:11
**laws** [1] - 27:9
**lawyer** [2] - 16:10, 28:3
**lawyers** [1] - 13:5
**Learn** [1] - 22:24
**learn** [1] - 19:5
**leave** [1] - 7:25
**led** [2] - 7:2, 7:6
**left** [2] - 10:24, 15:25
**legal** [3] - 20:8, 20:21, 25:21
**license** [1] - 17:8
**lie** [1] - 13:16
**lied** [1] - 13:24
**lies** [1] - 23:9
**life** [3] - 7:2, 16:7, 24:6
**lifetime** [3] - 20:4, 24:4, 27:1
**likely** [1] - 13:9
**limo** [1] - 17:7
**listed** [1] - 4:6
**listen** [1] - 27:7
**live** [2] - 16:14, 17:11
**lived** [2] - 16:5, 16:7
**living** [2] - 8:19, 17:6
**location** [1] - 10:10
**look** [2] - 19:8, 24:2
**looked** [1] - 4:11
**lose** [1] - 21:17
**lost** [1] - 8:21
**love** [1] - 9:9
**lying** [1] - 26:4

## M

**ma'am** [1] - 27:5
**maker** [3] - 9:7, 26:6, 26:7
**makers** [1] - 26:17
**Mall** [1] - 10:13
**man** [1] - 20:12
**manual** [2] - 19:18, 19:19
**manuals** [6] - 18:19, 18:24, 19:1, 19:2, 19:11, 19:17
**married** [1] - 20:13
**material** [1] - 5:23
**matrix** [1] - 26:13
**matter** [1] - 30:5
**means** [2] - 22:25, 27:14
**mechanical** [1] - 4:17
**media** [2] - 8:7, 24:25
**medical** [1] - 20:10
**Medicare** [1] - 20:18
**meet** [1] - 16:25
**meeting** [1] - 21:25
**mention** [2] - 9:1, 11:17
**mentioned** [1] - 20:22
**met** [2] - 20:24, 22:14
**might** [2] - 13:12, 14:11
**military** [2] - 19:2, 19:5
**mine** [1] - 15:1
**minus** [3] - 4:21, 5:3, 5:5
**minutes** [1] - 11:24
**miss** [1] - 8:19
**Mobile** [1] - 22:25
**moment** [1] - 8:11
**money** [1] - 14:21
**monitor** [2] - 24:6, 28:12
**monitored** [1] - 24:7
**months** [10] - 5:8, 7:10, 7:22, 12:19, 20:4, 23:21, 24:3, 24:10, 24:12, 27:1
**morning** [1] - 26:20
**most** [1] - 13:9
**mother** [2] - 8:8, 14:23
**move** [1] - 27:17
**movie** [1] - 25:12
**MR** [45] - 4:1, 4:5, 4:24, 4:25, 5:1, 5:2, 5:3, 5:4, 5:6, 5:12, 5:15, 5:21, 6:11, 6:14, 6:17, 6:20, 6:23, 9:25, 10:4, 10:23, 12:24, 12:25, 15:21, 16:2, 16:22, 17:9, 17:22, 19:1, 19:12, 19:14, 20:1, 20:3, 20:16, 20:17, 20:20, 21:12, 24:19, 24:22, 25:5, 27:6, 27:11, 27:16, 27:20, 29:15, 29:17
**multiple** [1] - 23:9
**must** [1] - 11:18

## N

**N-400** [1] - 23:8
**narrow** [1] - 26:23
**naturalization** [3] - 13:18, 13:25, 26:4
**nature** [1] - 5:8
**Navy** [1] - 19:18
**necessarily** [1] - 9:18

**need** [1] - 8:12
**needed** [4] - 14:2, 23:7, 26:5
**needs** [5] - 9:5, 22:18, 24:7, 28:9, 28:17
**nervous** [1] - 7:23
**neutral** [1] - 9:17
**never** [6] - 10:9, 11:10, 12:20, 15:18, 23:11, 26:21
**new** [1] - 26:2
**newborn** [2] - 18:14
**next** [1] - 26:10
**nice** [1] - 5:14
**nobody** [1] - 11:16
**none** [3] - 23:17, 26:1, 26:2
**note** [1] - 24:24
**nothing** [6] - 4:5, 6:17, 24:22, 27:20, 29:15, 29:17
**November** [2] - 22:5, 23:1
**Nusrah** [1] - 21:2

## O

**object** [2] - 5:15, 6:8
**objection** [1] - 4:9
**objections** [3] - 4:6, 4:7, 6:9
**observed** [1] - 23:1
**obtained** [1] - 20:8
**obviously** [2] - 10:23, 29:9
**offense** [2] - 5:9, 6:1
**OFFICER** [7] - 28:7, 28:11, 28:14, 28:16, 28:21, 29:2, 29:13
**older** [1] - 19:22
**once** [7] - 22:9, 22:11, 28:9, 28:13, 28:14, 28:17, 28:23
**one** [17] - 7:9, 8:18, 8:21, 8:24, 9:20, 10:11, 11:5, 11:6, 11:9, 18:17, 19:17, 22:24, 23:18, 26:13, 28:21, 28:22
**online** [1] - 7:7, 19:6
**operating** [1] - 25:2
**opposite** [1] - 6:16
**ordered** [1] - 19:5
**organization** [2] - 8:4, 12:3
**organizations** [1] - 20:22
**outside** [2] - 7:5, 18:8
**overreaction** [1] - 27:2
**overruled** [1] - 6:9
**overseas** [1] - 8:4
**overt** [1] - 4:15
**own** [2] - 22:14, 25:6

## P

**paid** [1] - 20:15
**paper** [2] - 8:13, 26:13
**papers** [2] - 13:25, 21:16
**parents** [5] - 8:18, 17:11, 17:23, 20:15, 29:8
**passport** [8] - 13:17, 14:4, 14:11, 21:6, 23:6, 23:12, 26:4
**passports** [1] - 23:23
**past** [1] - 8:24

**paying** [2] - 27:15, 28:4
**people** [9] - 5:14, 7:11, 7:12, 11:17, 21:8, 21:11, 21:13, 24:8, 26:18
**per** [1] - 27:11
**perhaps** [1] - 7:12
**period** [1] - 20:14
**peripheral** [1] - 25:20
**permanent** [4] - 18:18, 20:8, 20:21, 25:21
**permissible** [1] - 6:6
**person** [2] - 4:16, 12:15
**persuaded** [1] - 4:12
**Phone** [1] - 22:25
**physical** [1] - 19:10
**picture** [6] - 9:25, 14:25, 15:2, 15:12, 15:18, 19:21
**pictures** [1] - 22:4
**pistol** [3] - 9:15, 14:22, 19:20
**plan** [5] - 10:6, 10:7, 10:9, 11:15, 26:6
**planned** [2] - 22:18, 26:15
**planners** [1] - 26:18
**planning** [2] - 26:23
**plans** [1] - 26:17
**played** [1] - 24:24
**plea** [1] - 27:11
**pled** [1] - 11:20
**plot** [2] - 10:9, 22:16
**plus** [4] - 4:21, 5:1, 5:5, 27:1
**point** [2] - 4:9, 9:16
**pointed** [1] - 20:7
**points** [1] - 9:2
**political** [1] - 27:3
**poor** [1] - 8:2
**position** [1] - 12:12
**possess** [1] - 29:10
**possible** [1] - 17:4
**pre** [1] - 4:16
**pre-guideline** [1] - 4:16
**precisely** [1] - 12:5
**precluded** [1] - 6:6
**prefer** [2] - 6:14, 7:12
**prefers** [1] - 27:7
**pregnant** [1] - 18:16
**prepared** [1] - 22:13
**present** [1] - 22:24
**presented** [1] - 23:14
**prison** [2] - 8:2, 26:25
**prisons** [1] - 25:1
**PROBATION** [7] - 28:7, 28:11, 28:14, 28:16, 28:21, 29:2, 29:13
**Probation** [1] - 24:5
**problem** [1] - 15:8
**procedure** [1] - 25:2
**proceedings** [1] - 30:4
**process** [1] - 4:17
**productive** [1] - 20:11
**prohibited** [1] - 8:4
**promise** [1] - 12:21
**prove** [1] - 18:4
**provide** [2] - 5:23, 7:20
**provided** [3] - 5:22, 7:17, 23:15
**provision** [1] - 28:23

**pull** [1] - 9:16
**punish** [2] - 14:21, 25:25
**purchased** [1] - 9:10
**purpose** [1] - 4:14
**put** [5] - 9:2, 9:3, 10:12, 12:12, 23:3

**Q**

**questioned** [1] - 25:17
**questions** [1] - 27:21
**quickly** [1] - 6:16
**quite** [3] - 5:9, 7:13, 7:23
**quote** [1] - 14:7

**R**

**range** [5] - 4:21, 5:8, 7:25, 22:13, 26:11
**rather** [1] - 17:20
**rational** [1] - 27:4
**rationality** [1] - 4:15
**read** [1] - 28:5
**ready** [1] - 21:17
**really** [2] - 25:8, 25:15
**reaped** [1] - 20:9
**reason** [1] - 11:16
**reasons** [1] - 16:25
**receiving** [1] - 17:14
**recess** [1] - 24:15
**Recessed** [2] - 24:16, 29:20
**recognizes** [3] - 7:14, 8:1, 10:25
**record** [1] - 30:4
**recorded** [1] - 24:9
**recovered** [1] - 10:1
**refugee** [1] - 17:15
**refugees** [1] - 17:4
**relationship** [2] - 15:21, 15:22
**release** [2] - 27:2, 29:4
**released** [3] - 28:18, 28:24, 29:3
**rem** [1] - 25:13
**remaining** [2] - 27:17, 27:18
**remember** [1] - 16:19
**remit** [1] - 27:12
**remorse** [1] - 8:15
**report** [2] - 29:4, 29:7
**REPORTER'S** [1] - 30:1
**requesting** [1] - 20:4
**resident** [4] - 20:9, 20:21, 25:21
**resource** [1] - 21:25
**rest** [1] - 24:6
**retaliate** [1] - 6:2
**RMR** [1] - 30:7
**road** [1] - 11:3
**rocky** [1] - 15:22
**roughly** [1] - 19:16
**ruled** [1] - 6:12

**S**

**sad** [2] - 8:20, 11:20

**Sanchez** [2] - 30:3, 30:7
**saw** [2] - 7:7, 8:22
**school** [1] - 9:5
**seated** [1] - 24:17
**Second** [1] - 5:22
**section** [1] - 23:15
**see** [3] - 22:4, 23:2, 29:5
**seeing** [1] - 11:6
**sentence** [8] - 9:3, 20:4, 24:3, 24:13, 27:1, 27:23, 27:24, 27:25
**sentencing** [2] - 4:15, 7:25
**serious** [2] - 15:23, 26:8
**seriously** [1] - 26:16
**set** [2] - 7:19, 26:22
**several** [5] - 7:10, 7:22, 11:24, 16:25, 20:7
**Sharpstown** [1] - 10:13
**shop** [1] - 17:9
**shot** [1] - 22:13
**shows** [2] - 22:4, 22:5
**sick** [1] - 9:6
**side** [1] - 26:13
**sign** [2] - 28:2, 28:6
**silly** [1] - 12:15
**sisters** [1] - 8:21
**sitting** [2] - 24:11, 26:9
**situation** [1] - 17:14
**six** [1] - 9:23
**skill** [1] - 7:19
**slow** [1] - 18:18
**smart** [1] - 8:5
**social** [1] - 24:25
**soldiers** [1] - 22:7
**someone** [2] - 4:18, 10:7
**someplace** [1] - 14:6
**somewhat** [1] - 26:19
**son** [2] - 7:20, 9:4
**son's** [1] - 14:22
**soon** [1] - 10:24
**sorry** [11] - 12:18, 14:3, 14:10, 14:19, 16:20, 16:24, 18:4, 18:10, 19:25, 24:21, 29:2
**source** [6] - 21:24, 22:1, 22:5, 22:11, 22:15, 23:2
**speaking** [1] - 7:6
**special** [1] - 9:10
**specific** [1] - 10:10
**spend** [1] - 8:2
**spent** [1] - 11:23
**Spirit** [2] - 25:12, 25:15
**stamps** [1] - 20:10
**standard** [2] - 25:2, 29:9
**start** [2] - 18:18, 24:23
**started** [1] - 12:23
**starts** [2] - 20:21, 21:21
**state** [2] - 17:8, 20:12
**State** [1] - 13:16
**statement** [5] - 7:22, 10:8, 16:20, 28:5
**statements** [1] - 11:14
**States** [13] - 6:3, 7:3, 7:14, 8:16, 13:9, 15:24, 16:8, 17:23, 18:6, 18:11, 21:19, 22:19, 25:14

**status** [1] - 20:9
**statute** [2] - 5:9, 6:7
**stay** [1] - 13:9
**still** [1] - 8:8
**strange** [1] - 7:9
**stretch** [1] - 25:16
**stroke** [1] - 8:23
**stuff** [3] - 9:16, 26:8, 26:23
**stupid** [2] - 24:24, 26:18
**substantial** [1] - 4:12
**sued** [1] - 25:13
**suffered** [1] - 8:17
**suggestion** [1] - 10:21
**supervised** [2] - 27:2, 29:4
**supervision** [1] - 24:4
**support** [7] - 5:23, 8:6, 8:8, 9:6, 12:3, 17:20, 25:18
**supports** [1] - 6:4
**surprised** [1] - 15:19
**surrender** [1] - 28:17
**surrendering** [1] - 28:9
**sustain** [1] - 4:9
**Syria** [1] - 14:12
**system** [1] - 8:9

### T

**talks** [5] - 11:17, 21:4, 22:12, 22:16, 22:23
**targeting** [1] - 10:10
**technician** [1] - 9:10
**term of supervised release** [1] - 20:5
**terms** [1] - 29:4
**terrorism** [5] - 4:19, 5:16, 5:18, 5:20, 5:24
**terrorist** [1] - 20:22
**terrorists** [3] - 12:3, 13:23, 21:2
**Texas** [1] - 29:10
**THE** [131] - 4:2, 4:8, 5:5, 5:7, 5:13, 5:20, 6:9, 6:12, 6:15, 6:19, 6:22, 8:10, 9:15, 9:20, 9:21, 9:23, 9:24, 10:5, 10:6, 10:16, 10:18, 10:20, 11:1, 11:5, 11:12, 11:23, 12:2, 12:4, 12:6, 12:9, 12:10, 12:22, 13:2, 13:3, 13:5, 13:7, 13:11, 13:12, 13:13, 13:14, 13:16, 13:19, 13:20, 13:22, 13:24, 14:1, 14:2, 14:3, 14:4, 14:5, 14:6, 14:9, 14:14, 14:15, 14:16, 14:18, 14:20, 14:24, 15:4, 15:6, 15:7, 15:10, 15:12, 15:14, 15:16, 15:18, 15:25, 16:4, 16:7, 16:9, 16:11, 16:13, 16:15, 16:16, 16:18, 16:19, 17:1, 17:3, 17:5, 17:7, 17:10, 17:13, 17:15, 17:16, 17:17, 17:19, 17:20, 17:21, 17:25, 18:1, 18:3, 18:12, 18:13, 18:15, 18:22, 18:24, 19:4, 19:10, 19:13, 19:16, 19:20, 19:22, 19:24, 19:25, 20:2, 20:14, 20:18, 20:19, 21:10, 24:15, 24:17, 24:20, 24:21, 24:23, 25:6, 25:22, 25:23, 27:8, 27:14, 27:18, 27:21, 27:23, 28:1, 28:10, 28:13, 28:15, 28:19, 28:25, 29:3, 29:19
**theoretically** [1] - 18:15
**they've** [2] - 15:23

**thinking** [1] - 26:1
**thoroughly** [1] - 5:10
**thoughts** [1] - 24:10
**three** [7] - 4:21, 5:3, 9:5, 21:1, 21:7, 21:11, 21:12
**today** [2] - 7:23, 8:6
**toy** [1] - 25:24
**training** [8] - 14:17, 17:2, 21:5, 22:8, 22:9, 22:10, 26:24
**transcript** [1] - 30:4
**travel** [6] - 21:15, 21:16, 23:6, 23:10, 23:24, 26:24
**tried** [1] - 11:10
**trigger** [1] - 9:16, 11:8
**troubled** [1] - 26:19
**true** [3] - 14:24, 22:9, 24:10
**trust** [1] - 16:1
**truth** [1] - 11:14
**trying** [4] - 7:19, 11:12, 13:25, 18:4
**turned** [1] - 8:3
**TV** [1] - 8:22
**two** [3] - 4:21, 8:22, 19:17

### U

**U.S** [4] - 23:7, 23:12, 23:24
**Uber** [1] - 20:12
**under** [6] - 4:10, 5:17, 5:25, 6:7, 26:5, 29:10
**undercover** [2] - 16:21, 26:21
**United** [13] - 6:3, 7:3, 7:14, 8:16, 13:9, 15:24, 16:8, 17:23, 18:6, 18:11, 21:19, 22:19, 25:14
**unless** [1] - 18:16
**up** [12] - 5:14, 7:25, 10:14, 10:19, 10:24, 11:8, 18:17, 19:6, 25:24, 26:22, 27:5, 29:6
**upward** [2] - 20:5, 24:1

### V

**variance** [1] - 20:6
**varieties** [1] - 26:14
**vehemently** [1] - 10:20
**vehicles** [1] - 17:8
**versus** [1] - 25:14
**vicious** [1] - 9:18
**video** [2] - 11:2, 22:24
**videos** [3] - 22:23, 23:3, 25:8
**violent** [1] - 24:24
**voluntarily** [1] - 17:2

### W

**waiting** [1] - 23:25
**wants** [1] - 22:3
**War** [1] - 25:12
**watch** [2] - 23:3, 25:8
**water** [1] - 9:6
**weapon** [3] - 9:18, 17:4, 22:12

**weaponry** [1] - 22:20
**week** [1] - 26:10
**weeks** [1] - 8:23
**welfare** [2] - 17:11, 17:18
**whole** [2] - 4:14, 29:9
**wife** [3] - 7:20, 8:8, 14:23
**Wilson** [1] - 25:16
**wisdom** [1] - 25:18
**words** [1] - 24:8
**workshops** [1] - 23:3
**World** [1] - 25:12
**worries** [1] - 12:23
**worse** [3] - 23:17, 23:19, 23:23
**worst** [1] - 14:16
**written** [1] - 7:22
**wrongs** [1] - 8:15
**wrote** [1] - 8:12

### Y

**year** [2] - 8:25, 20:20
**years** [4] - 8:2, 9:5, 18:17, 26:25
**yelling** [1] - 25:24
**young** [1] - 7:20
**yourself** [3] - 4:11, 10:21, 26:22
**YouTube** [1] - 11:6