```
                  IN THE UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF TEXAS
                           HOUSTON DIVISION


_____
                                      )
UNITED STATES OF AMERICA              )
                                      ) CRIMINAL ACTION NO.
VS.                                   ) 4:16-CR-03
                                      )
OMAR FARAJ SAEED AL HARDAN            ) 1:39 P.M.
_____)


                              HEARING
                BEFORE THE HONORABLE LYNN N. HUGHES
                         JANUARY 4, 2018
```

APPEARANCES:
**FOR PLAINTIFF:**
MR. RALPH EDWARD IMPERATO
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas  77002

**FOR DEFENDANT:**
MR. DAVID ADLER
David Adler PC
6750 West Loop South, Suite 120
Bellaire, Texas  77401

**INTERPRETER:**
MS. NINA MIDWAY

**COURT REPORTER:**
Heather Alcaraz, CSR, FCRR, RMR
Official Court Reporter
515 Rusk, Suite 8004
Houston, Texas  77002
(713)250-5584

Proceedings recorded by mechanical stenography, transcript produced by computer.

**THIS TRANSCRIPT HAS BEEN FURNISHED AT PUBLIC EXPENSE UNDER THE CRIMINAL JUSTICE ACT AND MAY BE USED ONLY AS AUTHORIZED BY COURT ORDER.  UNAUTHORIZED REPRODUCTION WILL RESULT IN AN ASSESSMENT AGAINST COUNSEL FOR THE COST OF AN ORIGINAL AND ONE COPY AT THE OFFICIAL RATE.  General Order 94-15, United States District Court, Southern District of Texas.**

```
13:17:56   1              (Call to Order of the Court.)
13:40:24   2              THE COURT:  Thank you.  Please be seated.
13:40:31   3              The United States of America versus Omar Faraj Saeed
           4    Al Hardan.
13:40:38   5              MR. IMPERATO:  Good afternoon, Your Honor.  Ted
           6    Imperato for the United States.
13:40:40   7              THE COURT:  Good afternoon.  Happy New Year.
13:40:42   8              MR. IMPERATO:  Happy New Year to you.
13:40:44   9              THE COURT:  Apparently, there was a problem with the
          10    transition to the new year, and we got some of Minnesota's new
          11    year, and there's a reason I don't live in Minnesota.
13:41:05  12              Can you not hear?
13:41:11  13              Just come talk to him.
13:41:12  14              Ma'am --
13:41:13  15              THE INTERPRETER:  Yes, Judge.
13:41:14  16              THE COURT:  -- take that off.  Translate.
13:41:17  17              THE INTERPRETER:  Yes.
13:41:18  18              THE COURT:  Yes, sir.
13:41:19  19              THE INTERPRETER:  Yes, sir.
13:41:19  20              THE COURT:  This is a court.
13:41:22  21              THE INTERPRETER:  Yes, Judge.
13:41:22  22              THE COURT:  Despite Adler being here, this is not a
          23    bus station.
13:41:28  24              Raise your right hand, please.
13:41:34  25         (Defendant sworn.)
```

13:41:40  1          **THE COURT:** Thank you.
13:41:43  2          **MR. ADLER:** Judge, if I could, before we get started,
          3  if we're -- I suspect we may go into attorney/client matters,
          4  and if that's the case, I'm going to have to ask the government
          5  to step out and the courtroom to be sealed and have an ex parte
          6  hearing. I don't know what the Court and Mr. Al Hardan are
          7  going to discuss, but if we go down that road, I would ask --
13:42:02  8          **THE COURT:** Well -- of course, he's free to assert
          9  that privilege at any point.
13:42:08 10          **MR. ADLER:** Correct. But I think I'm ethically
         11  obligated to request that. I don't know what you and
         12  Mr. Al Hardan may raise, but if it gets into something that's
         13  strictly an attorney --
13:42:18 14          **THE COURT:** Ma'am, when you translate, speak up. You
         15  don't have to whisper to him.
13:42:26 16          **THE INTERPRETER:** Okay.
13:42:26 17          **THE COURT:** I know what you're doing. I know that
         18  you're not talking sports or anything. So just speak up so he
         19  can stand up and look me in the eye while he hears what I'm
         20  saying.
13:42:35 21          **THE INTERPRETER:** Okay, Judge, Your Honor.
13:42:50 22          **THE COURT:** Did you agree not to appeal in your plea
         23  agreement?
13:43:02 24          **THE DEFENDANT:** I just want to appeal.
13:43:10 25          **THE COURT:** Did he?

13:43:11  1      **MR. IMPERATO:**  Yes, Judge.

13:43:11  2      **THE COURT:**  I didn't print it.

13:43:12  3      **MR. IMPERATO:**  I have a copy, Judge, and he did.  In

4  paragraph five of the plea agreement, it says that the

5  defendant --

13:43:20  6      **THE COURT:**  Would you flip it to paragraph five and

7  show it to him.

13:43:25  8      **MR. IMPERATO:**  Yes.

13:43:41  9      *(Sotto voce discussion between Mr. Adler and the*

13:43:43 10      *defendant.)*

13:43:49 11      **THE DEFENDANT:**  (In English) Your Honor, yes, I -- I

12  did waive when I pled guilty -- excuse me --

13:43:55 13      **THE COURT:**  We talked about that at your

14  re-arraignment where you pleaded guilty.

13:43:59 15      **THE DEFENDANT:**  (In English) When I pled guilty, yes,

16  I waived that right.

13:44:01 17      **THE COURT:**  You said under oath that you understood

18  that, and you had read the document and you talked to Mr. Adler

19  about it, and it was in the little sheet that Mr. Imperato gave

20  us as a handy guide to the proceedings.  So did Mr. Adler give

21  you any indication that he wanted to represent you after the

22  sentencing?

13:44:37 23      **THE DEFENDANT:**  (In English) He said:  If you need

24  help -- if you need help, I might help you with appeal.  That's

25  all what he told me, but I don't know if he got to take over the

1    case or not.

13:44:59  2         **THE COURT:**  What is it that he did not do at the

3    sentencing that you thought he should have done?

13:45:15  4         **THE DEFENDANT:**  (In English) To defend me more than

5    what I expected.

13:45:22  6         **THE COURT:**  What did you expect him to say?  First of

7    all, at the sentencing, you had already pleaded with your own

8    mouth that you were guilty.

13:45:34  9         **THE DEFENDANT:**  (In English) Yes, Your Honor.

13:45:35 10        **THE COURT:**  And then you had, what was it, six weeks,

11   two months to --

13:45:39 12        **MR. IMPERATO:**  Actually, two -- two years.

13:45:41 13        **THE COURT:**  Well, no, from the --

13:45:43 14        **MR. IMPERATO:**  Yeah.  It was about a year.  It was

15   over a year, Judge.

13:45:46 16        **THE COURT:**  So you had a year to talk about the

17   sentencing with Mr. Adler.

13:45:57 18        **THE DEFENDANT:**  (In English) Yes, Your Honor.  We

19   talked.

13:45:58 20        **THE COURT:**  And then, at some point, the probation

21   office produced a report, and that was shared with Mr. Adler,

22   and he shared it with you.  You may not have read the whole

23   presentencing report because there's a page full of your family,

24   and you know who your family are.  So you could have skipped

25   that one safely.

1 　　　　　But tell me how he was to defend you that he did not
2 do.
3 　　　　　**THE DEFENDANT:** (In English) The first thing,
4 Your Honor, about the phones -- the cell phones, when you ask me
5 about how many cell phones you have, I said I have one, and you
6 asked the government. All what they found and in my father
7 closet is not -- is not mine. All of them not mine.
8 　　　　　**THE COURT:** The whole place is your father's, isn't
9 it?
10 　　　　　**THE DEFENDANT:** You mean the apartment?
11 　　　　　**THE COURT:** Yes. The closet, the carpet, the toilet,
12 the windows, it's all leased to your father.
13 　　　　　**THE DEFENDANT:** (In English) Not everything. Like my
14 personal things -- I mean, not everything, Your Honor. I mean,
15 I can't understand --
16 　　　　　**THE COURT:** The apartment is your father's.
17 　　　　　**THE DEFENDANT:** (In English) My name and his name on
18 the lease.
19 　　　　　**THE COURT:** Your name's on the lease?
20 　　　　　**THE DEFENDANT:** (In English) Yes, sir.
21 　　　　　**THE COURT:** Have you ever paid the rent?
22 　　　　　**THE DEFENDANT:** (In English) We share. We help each
23 other.
24 　　　　　**THE COURT:** How much have you paid rent? You haven't
25 paid any for the last two years.

```
13:47:47   1              THE DEFENDANT:  (In English) About 550.
13:47:48   2              THE COURT:  Every month until you were arrested?
13:47:50   3              THE DEFENDANT:  (In English) Yes, sir.
13:47:57   4              THE COURT:  I already knew that you were co-tenants
           5   with your father, but you didn't bring that up, that it was your
           6   father's closet.
13:48:21   7              THE DEFENDANT:  (In English) Let me -- can I explain
           8   something really quick?
13:48:23   9              THE COURT:  Sure.
13:48:24  10              THE DEFENDANT:  (In English) Just because -- can I
          11   explain?  Because I give you the answer by just one second.
13:48:29  12              THE COURT:  Sure.
13:48:29  13              THE DEFENDANT:  (In English) When I came, Your Honor,
          14   at the sentencing hearing, according to the -- to the average of
          15   the sentence -- we respect your decision, Your Honor, but
          16   according to the average that my lawyer, he -- he -- he told me
          17   about, and according to the cases that I -- we looked at, and --
          18   and I just came here.  I don't want to talk too much.  I don't
          19   want to -- to -- to feel -- I don't want to feel that I want to
          20   fight.  I'm innocent.  So I just -- I rather to be silent more
          21   than I talk.
13:49:03  22              THE COURT:  But, then, you cannot talk at all,
          23   but -- Mr. Al Hardan, I don't mind that you want to appeal.  I
          24   don't mind that you want a lawyer on appeal.  I do kind of mind
          25   that you weren't candid with me, but it's not on a personal
```

    1    level.  It's on an intellectual level.

13:49:39  2        What I do mind is that you are making it sound as if one of the most thoughtful, courageous, thorough, and personable lawyers didn't do something you thought he should have, something that you didn't mention, and after several questions, the best you could do was he didn't tell me that it was your father's closet and not his [sic] closet.

13:50:19  8        Are you suggesting that Mr. Imperato should get the FBI to go out and arrest your father?  You don't really have to answer that.  I think we know what the answer should be, but...

13:50:40  11        You were furnished a lawyer, a lawyer of distinction, and your response to that is to slander him, blame the outcome on you -- blame it on him.  You were sentenced not what he recommended and argued for, artfully, and not what Mr. Imperato asked for and argued thoroughly, but what I thought the correct number, under the circumstances of the case, the public's interest and people like you -- and by that I don't mean anything about people with black hair or green jumpsuits, but people who have pleaded guilty to a felony terrorism crime -- and I read all those cases that he read.  I read all the cases Mr. Imperato read because they gave them to me, and I found sufficient differences not to follow his (indicating) and sufficient differences not to follow his (indicating).

13:52:15  24        You are actually fortunate to have both lawyers. Mr. Adler is a -- an amazing defense counsel.  Mr. Imperato is a

```
         1   thoughtful, thorough and generous prosecutor.  They have some
         2   nutcases over there, so I've heard.  I've never actually met
         3   one.
13:52:50 4           THE DEFENDANT:  May I ask you some questions,
         5   Your Honor?
13:52:53 6           THE COURT:  You're going to have to talk to do it.
13:53:07 7           THE DEFENDANT:  You gave me the time or the
         8   opportunity to appeal, correct?
13:53:16 9           THE COURT:  I got a letter from you that said you
        10   wanted to appeal and said a bunch of other stuff.  So I just
        11   treated that as if it were a proper notice of appeal.
13:53:35 12          So I don't know.  Was it on time?
13:53:39 13          MR. IMPERATO:  If he had the right to appeal, it
        14   was -- it was timely.
13:53:46 15          THE DEFENDANT:  You know, I wrote this letter and sent
        16   it according to your opinion.
13:53:56 17          THE COURT:  Well, it wasn't anything about me.
13:53:59 18          THE CASE MANAGER:  He was talking about the notice of
        19   right to appeal.
13:54:04 20          THE DEFENDANT:  Because you mentioned --
13:54:05 21          THE COURT:  We give everybody a notice to appeal, and
        22   the form you signed where I advised -- I advised you orally, and
        23   then I gave you a written piece of paper, and in there it talked
        24   about if you agreed with the government, and on that agreement
        25   got me to convict you, that you could not appeal.
```

```
13:54:37   1            But I tell everybody what their rights would have
           2   been, and we give everybody a notice of when they could, and
           3   when you wrote me the letter saying you wanted to, I didn't
           4   write back and say you didn't do it on the proper form.  I just
           5   said I'm treating that as a notice of appeal.
13:55:03   6            People file things all the time that are wrong, but we
           7   just file everything.  If somebody wants to file something, they
           8   can file it, and that it makes no sense and can't be done
           9   legally, then we eventually process it.  So yes, I filed your
          10   letter as a notice of appeal.  What'd you want me to do?
13:55:39  11            **THE DEFENDANT:**  I understood that you opened this door
          12   for me.  Can you please give me five minutes to talk to my
          13   attorney before I give you the proper answer, if I agree or not?
          14   Maybe I do not -- I did not understand --
13:56:06  15            **THE COURT:**  Well, if you had read --
13:56:07  16            **THE DEFENDANT:**  -- at the hearing sentence.
13:56:12  17            **THE COURT:**  You had the right to a trial by jury,
          18   didn't you?
13:56:22  19            **THE DEFENDANT:**  Yes.
13:56:23  20            **THE COURT:**  And you told me you didn't want to do
          21   that.
13:56:31  22            **THE DEFENDANT:**  Yes.  Yes, Your Honor.
13:56:32  23            **THE COURT:**  So you cannot now ask for a jury.  I told
          24   you you had a right to appeal, but you were agreeing not to do
          25   it.  I changed nothing either for you or against you in the plea
```

1   agreement.  I followed it to the letter.

13:57:09  2          Filing a piece of paper that you mailed me in the file
3   with a description of it that, as near as I could figure out
4   it -- was meant, is not granting you any additional rights.  You
5   had your right.  You gave them up.

13:57:41  6          **THE DEFENDANT:**  What --
13:57:41  7          **THE COURT:**  We got your first --
13:57:41  8          **THE REPORTER:**  I'm sorry.  I didn't --
13:57:41  9          **THE COURT:**  You said that --
13:57:46 10          **THE DEFENDANT:**  What kind of right, Your Honor?
13:57:48 11          **THE COURT:**  Pardon?
13:57:49 12          **THE INTERPRETER:**  He -- what kind of right,
13   Your Honor?
13:57:53 14          **THE COURT:**  I don't follow it.  I don't know what that
15   means.
13:58:02 16          **THE DEFENDANT:**  You know, I -- I don't understand what
17   kind of rights, more than the rights that you gave me.
13:58:09 18          **THE COURT:**  I didn't give you any.  You started with a
19   bunch that the law gives you, and you handed me a document that
20   you had signed, your lawyer had signed, Mr. Imperato had signed,
21   and I went through it with you and said did you agree to all
22   this, and you said absolutely, and I followed that.  I actually
23   don't have to follow it, but I did, and it clearly said I could
24   sentence you up to 20 years.
13:58:57 25          All right.  So Glenda, what day did we file the letter

```
                1   as a...
13:59:01        2              THE CASE MANAGER:  The notice of appeal?
13:59:03        3              THE COURT:  Yes, ma'am.
13:59:03        4              THE CASE MANAGER:  It was December 26, sir.
13:59:05        5              THE COURT:  When?
13:59:07        6              THE CASE MANAGER:  December 26th.
13:59:08        7              THE COURT:  Okay.  So it got here on time.
13:59:13        8              THE CASE MANAGER:  Yes, sir.
13:59:14        9              THE COURT:  I mean, one of them you -- it says you
               10   mailed on the 19th, and it didn't get here till the 26th.  The
               11   other you mailed here mailed on the 25th, and it got here the
               12   27th.  So we obviously responded to the first letter and not the
               13   second one.
13:59:31       14         Is the second one on the docket sheet?
13:59:34       15              THE CASE MANAGER:  Yes, sir.  They're both on the
               16   docket sheet.
13:59:36       17              THE COURT:  Okay.
13:59:38       18              THE CASE MANAGER:  They're different letters.
13:59:51       19              THE COURT:  All right.  So you've told me that
               20   Mr. Adler is no good because the sentencing didn't come out the
               21   way you would have liked.  That's not a defect to Mr. Adler.
               22   That's a defect in me.
14:00:14       23              THE DEFENDANT:  Can I explain why?
14:00:16       24              THE COURT:  Well, I asked you to, but sure.
14:00:19       25              THE DEFENDANT:  (In English) Thank you, Your Honor.
```

14:00:21  1    **THE COURT:** All right. Speak up.

14:00:23  2    **THE DEFENDANT:** (In English) First thing, Your Honor,
3    that when you asked the lawyer about --

14:00:30  4    **THE COURT:** Speak up. Come on.

14:00:31  5    **THE DEFENDANT:** -- did you -- did you cut the
6    relationship with the informant, he said: Unfortunately, not
7    immediately.

14:00:39  8    **THE COURT:** Say that again.

14:00:40  9    **THE DEFENDANT:** He answered you, Your Honor, that:
10    Unfortunately, Al Hardan didn't cut the relationship with the
11    informant immediately.

14:00:48 12    And instead, if he show you the -- the good side,
13    which is I cut the relationship for up to one year until I got
14    arrested -- so he mentioned -- he didn't mention the good side.
15    He mentioned the bad side for me. That's first thing.

14:01:05 16    Second thing --

14:01:05 17    **THE COURT:** What is "the good side"?

14:01:07 18    **THE DEFENDANT:** That I cut the relationship with the
19    informant for up to one year until I got arrested.

14:01:12 20    **THE COURT:** It's all in the presentence report. We
21    discussed it, and my recollection is Mr. Adler said something
22    like you really ought to cut it down because he worked. And I
23    did cut it down from what the government wanted, didn't I?

14:01:39 24    **THE DEFENDANT:** (In English) No, Your Honor. I -- I
25    stopped to speak with him, the informant.

14:01:45 1      **THE COURT:** I reduced your sentence, I believe, at the
2   hearing citing your work with the informant as one reason I
3   wasn't giving you 20 years. If you want, I'll give you
4   20 years. That's not a defect in Adler. You're just unhappy
5   with the result.
14:02:19 6      **THE DEFENDANT:** (In English) Okay. And -- and second
7   thing, he told me: I'm going to ask the judge to -- for six,
8   and he might give you eight or nine.
14:02:27 9      So I'm hoping when I came here, Your Honor, that I'm
10  expecting nine to six months.
14:02:31 11     **THE COURT:** You were hoping for nothing.
14:02:34 12     **THE DEFENDANT:** (In English) Well, I respect your
13  decision, Your Honor, but that's what I --
14:02:37 14     **THE COURT:** Mr. Adler also told you he doesn't know
15  what I'm going to do. Mr. Adler's been here many years. We'll
16  just sum it up that way. Mr. Imperato's been here many years,
17  and neither of them told you what I was going to do, and if you
18  had asked me the day before the hearing, I couldn't have told
19  you what I was going to do because I didn't decide until --
20  remember I took a break?
14:03:05 21     Didn't I take a -- I wrote all kinds of numbers on my
22  pad and notes about things, and then I went back there
23  (indicating). I did drink a cup of coffee, too, but I also
24  thought about this and came up with an answer, but none of that
25  changes the facts to which you pleaded, and the good facts about

1 your background were explained to me.

14:03:40 2      Do I recall we had certificates of study while you
3 were in detention?  So I knew all of that.  Mr. Adler furnished
4 them to the Court, but you wanted to file a notice of appeal, so
5 we filed that letter as a notice of appeal.

14:04:13 6      Mr. Adler is under no obligation to represent you, and
7 at this point I would be reluctant to appoint him for his sake,
8 not for yours.  He's familiar with it.  He knows everything,
9 which would save the public some money and help you.

14:04:47 10     **THE DEFENDANT:**  I do have a question, Your Honor, in
11 the plea agreement.

14:04:58 12     (In English) Your Honor, the section about a plea
13 agreement binding to -- to Southern District and --

14:05:11 14     And the "X" --

14:05:12 15     (In English) Yeah, and you "X" it out --

14:05:15 16     **THE COURT:**  You-all signed it after it was crossed
17 out.

14:05:18 18     **THE DEFENDANT:**  (In English) Yes, Your Honor.

14:05:19 19     **THE COURT:**  Yes.

14:05:19 20     **THE DEFENDANT:**  (In English) But I was -- I need just
21 to know, Your Honor:  Is that -- that you make it binding to
22 whole United States?

14:05:30 23     **THE COURT:**  Yes.  Under the agreement as offered by
24 the United States, they said that the agreement not to prosecute
25 you was only limited to the Southern District of Texas.  That's

 1  an illegal provision, which the government insists on putting in
 2  there, and I strike it out because I don't like doing illegal
 3  things. And so that means that no federal agency can use, as
 4  grounds for prosecution, what the government knew the day you
 5  pleaded guilty, I guess -- the day you pleaded guilty. I did
 6  that for your benefit.
 7  14:06:27    **THE DEFENDANT:** (In English) And thank you,
 8  Your Honor, for that, but I just want to -- just I want to
 9  understand that issue, Your Honor.
10  14:06:31    **THE COURT:** Well, that's why you need a lawyer. This
11  just has gotten very complex.
12  14:06:42    Before the sentencing guidelines, presentence reports
13  had been about six pages long, and we had, in my book,
14  essentially, all the data we needed: The range of sentences in
15  this district, the range of sentences nationwide. You had a
16  little distribution chart, and then you knew about his personal
17  background.
18  14:07:17    **THE DEFENDANT:** I just, Your Honor, want to ask my
19  attorney regarding the appeal. May I?
20  14:07:24    **THE COURT:** About the plea?
21  14:07:26    **THE INTERPRETER:** The appeal.
22  14:07:29    **MR. ADLER:** About the appeal.
23  14:07:29    **THE COURT:** You may ask Mr. Adler. Whether he's your
24  attorney will turn on your decision and his decision. So yes,
25  you may, assuming he wants to talk to you. Like the right to

|    |    |
|---:|----|
| 1 | remain silent, you also have the right not to listen. |
| 14:07:49  2 | **THE DEFENDANT:**  I would just like to ask him regarding |
| 3 | this subject. |
| 14:07:51  4 | **THE COURT:**  Well, no, I don't want to know what -- I |
| 5 | don't want to know what you talk to Adler about until you start |
| 6 | telling me he's not a good lawyer. |
| 14:07:59  7 | *(Sotto voce discussion between Mr. Adler and the* |
| 14:08:02  8 | *defendant.)* |
| 14:14:53  9 | *(Sotto voce discussion between Mr. Adler and Mr. Imperato.)* |
| 14:15:14 10 | *(Sotto voce discussion between Mr. Adler and the* |
| 14:15:16 11 | *defendant.)* |
| 14:17:27 12 | **MR. ADLER:**  Judge, at this point I think it would be |
| 13 | best -- and I think Mr. Al Hardan agrees with you -- with me. |
| 14 | He can tell you himself if he agrees or not -- if another lawyer |
| 15 | was appointed to look at the case and advise Mr. Al Hardan |
| 16 | whether there's any basis for an appeal.  I think that's what he |
| 17 | wants. |
| 14:17:46 18 | **THE DEFENDANT:**  (In English) Yes, Your Honor. |
| 14:17:51 19 | **THE COURT:**  I just want to make it clear.  You want |
| 20 | the government to pay a lawyer for you to evaluate your notice |
| 21 | of appeal even though you agreed not to appeal? |
| 14:18:17 22 | **THE DEFENDANT:**  Can I ask you a question? |
| 14:18:20 23 | *(Sotto voce discussion between Mr. Adler and the* |
| 14:18:22 24 | *defendant.)* |
| 14:18:39 25 | **THE DEFENDANT:**  (In English) Yes, Your Honor.  I |

```
                  1   waived the right to appeal, but I would like, from the Court,
                  2   to -- to appoint me another lawyer to look at the case, and
                  3   we'll go from there.  I mean...
14:18:55          4            THE COURT:  You don't see an inconsistency there?
14:19:04          5            THE DEFENDANT:  I don't understand.
14:19:11          6            THE COURT:  Never mind, Mr. Al Hardan.
14:19:16          7       Do you get to get out?
14:19:18          8            MR. IMPERATO:  No.  I -- well, as far as the appeal?
14:19:20          9            THE COURT:  Yeah.
14:19:20         10            MR. IMPERATO:  Yes, unless I offer to write it.  But I
                 11   don't think there -- there won't be an appeal because he waived
                 12   it.  It'll be a quick dismissal.
14:19:33         13            THE COURT:  Well, do you have a suggestion?
14:19:35         14            MR. ADLER:  For a lawyer?  On the panel, John Friesell
                 15   is a good --
14:19:44         16            THE COURT:  Who?
14:19:45         17            MR. ADLER:  John Friesell --
14:19:45         18            THE COURT:  Oh, I know him.
14:19:45         19            MR. ADLER:  -- F-R-I-E-S-E-L-L.  He's a good appellate
                 20   attorney.  Yolanda Jarmon.
14:19:57         21            THE COURT:  Pardon?
14:19:57         22            MR. ADLER:  Yolanda.  First name Yolanda; last name
                 23   Jarmon, but it's spelled J-A-R-M-O-N.  She does --
14:20:03         24            THE COURT:  Are you writing those down somewhere,
                 25   somebody?
```

```
14:20:05  1                MR. ADLER:  I'm sorry?
14:20:07  2                THE COURT:  Are you getting those, Heather?
14:20:12  3                THE REPORTER:  I am, yes, Your Honor.
14:20:13  4                MR. ADLER:  I can provide them to the Court.
14:20:15  5                THE COURT:  All right.  If you'll -- because I don't
          6    want to bless them with this without asking if they'd like to.
14:20:23  7                MR. ADLER:  Sure.  I can give you their contact
          8    information, Judge.
14:20:26  9                THE COURT:  Thank you.
14:20:27 10                MR. ADLER:  I'll give you three or four or five, and
         11    then whatever the Court wants to...
14:20:34 12                THE COURT:  All right.  I think that covers everything
         13    in the letter.  So, Mr. Adler, thank you very much.
14:20:41 14                MR. ADLER:  Thank you, Your Honor.
14:20:41 15                THE COURT:  And bill us for this.
14:20:44 16                MR. ADLER:  What's that?
14:20:45 17                THE COURT:  Bill for today.
14:20:46 18                MR. ADLER:  Yes, Your Honor.
14:20:50 19         (Sotto voce discussion between Mr. Adler and the
14:20:55 20         defendant.)
14:20:56 21                THE COURT:  He doesn't get big money like you do.
14:20:59 22                THE DEFENDANT:  I thank you, Your Honor, very much for
         23    your help.
14:21:07 24                THE COURT:  All right.  We're adjourned.
14:21:33 25         (Discussion off record.)
```

1      *(Proceedings concluded at 2:21 p.m.)*

2                              -o0o-

3          I certify that the foregoing is a correct transcript

4  from the record of proceedings in the above matter.

5

6  Date:  March 5, 2018

7                          */s/ Heather Alcaraz*
                           Signature of Court Reporter